ORIGINAL

| Fill in this information to identify the case: | FILED |
|---|---|
| United States Bankruptcy Court for the: <br> Central _____ District of California _____ <br> (State) <br> Case number (if known): _____ Chapter _____ | APR - 6 2020 <br> CLERK U.S. BANKRUPTCY COURT <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY: _____ Deputy Clerk |

☐ Check if this is an amended filing

## Official Form 205
## Involuntary Petition Against a Non-Individual                                12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

---

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☒ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

JADELLE JEWELRY AND DIAMONDS, LLC, a Delaware limited liability company

**3. Other names you know the debtor has used in the last 8 years**

Jadelle, Inc.

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

___ - _____
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 9621    Brighton Way <br> Number    Street | 9454    Wilshire Blvd., Penthouse 01 <br> Number    Street |
| | P.O. Box |
| Beverly Hills    CA    90210 <br> City    State    ZIP Code | Beverly Hills    CA    90212 <br> City    State    ZIP Code |
| | Location of principal assets, if different from principal place of business |
| Los Angeles <br> County | Number    Street |
| | City    State    ZIP Code |

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 1

American LegalNet, Inc.
www.FormsWorkFlow.com

| | | |
|---|---|---|
| Debtor | Jadelle Jewelry and Diamonds, LLC | Case number (*if known*) _____ |
| | Name | |

| | |
|---|---|
| 6. Debtor's website (URL) | _____ |

| | |
|---|---|
| 7. Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |

| | |
|---|---|
| 8. Type of debtor's business | *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the types of business listed.<br>☐ Unknown type of business. |

| | |
|---|---|
| 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☒ No<br>☐ Yes. Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>MM / DD / YYYY<br><br>Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>MM / DD / YYYY |

### Part 3: Report About the Case

| | |
|---|---|
| 10. Venue | *Check one:*<br>☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
| 11. Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br>*At least one box must be checked:*<br>☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
| 12. Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor    Jadelle Jewelry and Diamonds, LLC    Case number (if known) _____
         Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| First International Diamond, Inc. | Trade Debt/Damages | $ 1,976,225.00 |
| Peter Marco, LLC | Trade Debt/Damages | $ 7,676,744.00 |
| Victor Franco Noval | Trade Debt/Damages | $ 5,800,000.00 |
| | Total of petitioners' claims | $ 15,452,969.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the , along with the signature of the petitioner's attorney.

**Part 4:   Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

cab 2698544v1

Petitioners or Petitioners' Representative

Signature of petitioner or representative, including representative's title

Name and mailing address of petitioner

First International Diamond, Inc.
Name

P.O. BOX 3765
Number    Street

Beverly Hills        CA        90212
City                 State     ZIP Code

Name and mailing address of petitioner's representative, if any

Baruch C. Cohen, Esq.
Law Office of Baruch C. Cohen, APLC
Name

4929    Wilshire Blvd., Suite 940
Number    Street

Los Angeles          CA        90010
City                 State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4-3-2020
              MM/DD/YYYY

X _____ /s/ Baruch C. Cohen _____

Official Form 205           Involuntary Petition Against a Non-Individual           page 3

American LegalNet, Inc.
www.FormsWorkFlow.com

**Attorneys**

Daniel A. Lev
Printed name

SulmeyerKupetz, A Professional Corporation
Firm name, if any

333 South Grand Avenue
Number   Street

Los Angeles          CA          90071
City                 State       ZIP Code

Contact phone   213.626.2311   Email   dlev@sulmeyerlaw.com

Bar number   129622

State   CA

X _____
Signature of attorney

Date signed   04/06/2020
              MM / DD / YYYY

Debtor    Jadelle Jewelry and Diamonds, LLC                    Case number (if known) _____
            Name

Signature of petitioner or representative, including representative's title

**Name and mailing address of petitioner**
Peter Marco, LLC
Name

252    N. Rodeo Dr.
Number    Street

Beverly Hills                CA        90210
City                         State     ZIP Code

**Name and mailing address of petitioner's representative, if any**
Baruch C. Cohen, Esq.
Law Offices of Baruch C. Cohen, APLC
Name

4929    Wilshire Blvd., Suite 940
Number    Street

Los Angeles                  CA        90010
City                         State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed On  4-3-2020
             MM / DD / YYYY

X  _____
Signature of petitioner or representative, including representative's title


**Name and mailing address of petitioner**
Victor Franco Noval
Name

1141    Summit Drive
Number    Street

Beverly Hills                CA
City                         State     ZIP Code

**Name and mailing address of petitioner's representative, if any**
Ronald Richards, Esq.
Law Offices of Ronald Richards & Associates, A.P.C.
Name

P.O. Box 11480
Number    Street

Beverly Hills                CA        90213
City                         State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

X  _____

Official Form 205            Involuntary Petition Against a Non-Individual            page 4

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Jadelle Jewelry and Diamonds, LLC        Case number (*if known*) _____
         Name

| Name and mailing address of petitioner | Signature of petitioner or representative, including representative's title |
|---|---|
| Peter Marco, LLC | |

**Name**

252    N. Rodeo Dr.
Number  Street

Beverly Hills        CA        90210
City                 State     ZIP Code

Name and mailing address of petitioner's representative, if any
Baruch C. Cohen, Esq.
Law Offices of Baruch C. Cohen, APLC
Name

4929    Wilshire Blvd., Suite 940
Number  Street

Los Angeles          CA        90010
City                 State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed On _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Name and mailing address of petitioner
Victor Franco Noval
Name

1141    Summit Drive
Number  Street

Beverly Hills        CA        90210
City                 State     ZIP Code

Name and mailing address of petitioner's representative, if any
Ronald Richards, Esq.
Law Offices of Ronald Richards & Associates, A.P.C.
Name

P.O. Box 11480
Number  Street

Beverly Hills        CA        90213
City                 State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/06/2020
            MM / DD / YYYY

X *Ronald Richards*

Official Form 205            Involuntary Petition Against a Non-Individual            page 4

American LegalNet, Inc.
www.FormsWorkFlow.com

ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>DANIEL A. LEV (CA Bar No. 129622)<br>  dlev@sulmeyerlaw.com<br>**Sulmeyer**Kupetz<br>A Professional Corporation<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520<br>☒ *Attorney for Petitioning Creditor(s)*<br>☐ *Petitioning Creditor(s) appearing without attorney* | FOR COURT USE ONLY<br><br>**RECEIVED**<br>APR - 6 2020<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>            Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>JADELLE JEWELRY AND DIAMONDS, LLC, a Delaware limited liability company,<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** |

To the above-named debtor(s):

   Pursuant to 11 U.S.C. § 303, an involuntary petition was filed on April    , 2020, in this bankruptcy court praying for the entry of an order for relief against you under chapter 7 of title 11 of the Bankruptcy Code. A copy of the involuntary petition accompanies this summons.

A status conference in the involuntary case commenced by the involuntary petition has been set for:

| Hearing Date: | Place: |
| Time: | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
| Courtroom: | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

   If you wish to oppose the entry of an order for relief, you must file with the clerk of this court an answer to the involuntary petition or a motion pursuant to FRBP 1011(c) within 21 days after the date of service of this summons and attached involuntary petition, plus 3 additional days if you were served by mail. At the same time, you must also serve a copy of the answer or motion on the petitioner's attorney (or on the petitioner, if the petitioner does not have an attorney) at the address stated above. If you file a motion under FRPB 1011(c), your time to answer the petition will be governed by that rule.

**TO THE DEBTOR:**

IF YOU FAIL TO TIMELY FILE A RESPONSE TO THIS SUMMONS, THE BANKRUPTCY COURT MAY ENTER AN ORDER FOR RELIEF IN ACCORDANCE WITH 11 U.S.C. § 303(h).

**TO THE PETITIONING CREDITOR(S)**:

IF YOU FAIL TO TIMELY SERVE THE SUMMONS AND INVOLUNTARY PETITION AND/OR TO FILE PROOF OF SERVICE OF DOCUMENT THEREOF WITH THE COURT OR TO APPEAR AT THE STATUS CONFERENCE, THIS INVOLUNTARY CASE MAY BE DISMISSED IN ACCORDANCE WITH LBR 1010-1.

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date: _____    By: _____
                          Deputy Clerk

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Alleged Debtor
Jadelle Jewelry and Diamonds, LLC
c/o Corporate Creations Network, Inc.,
Agent for Service of Process
251 Little Falls Drive
Wilmington, DE 19808

Jadelle Jewelry and Diamonds, LLC
c/o Rachel Rechnitz, Managing Member
9621 Brighton Way
Beverly Hills, CA 90201

Jadelle, Inc.
c/o Rachel Rechnitz, CEO
9621 Brighton Way
Beverly Hills, Ca 90210

Jadelle, Inc.
c/o Levin Prado, Agent for Service of Process
9454 Wilshire Blvd., Penthouse 01
Beverly Hills, CA 90212

Jadelle, Inc.
c/o Rachel Rechnitz, CEO
9454 Wilshire Blvd., Penthouse 01
Beverly Hills, CA 90212

Jadelle, Inc.
c/o Rachel Rechnitz, CEO
5700 Wilshire Blvd., Suite 355
Los Angeles, CA 90036

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
Date                              Printed Name                      Signature

**ORIGINAL**

**RECEIVED**
APR - 6 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## Central District Of California, Los Angeles Division

In re  JADELLE JEWELRY AND DIAMONDS, LLC,
a Delaware limited liability company_____,  )  Case No. _____
        Debtor*                                 )
                                                )  Chapter _7_____
                                                )
                                                )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on April 6, 2020_____ (date), requesting an order for relief under chapter _7____ of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

       Address of the clerk:
       255 E. Temple Street
       Los Angeles, CA 90012

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

       Name and Address of Petitioner's Attorney:
       Daniel A. Lev
       **Sulmeyer**Kupetz, A Professional Corporation
       333 South Grand Avenue, Suite 3400
       Los Angeles, CA 90071

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                    _____ (Clerk of the Bankruptcy Court)

Date: _____    By: _____ (Deputy Clerk)

---

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).


American LegalNet, Inc.
www.FormsWorkFlow.com

cab 2698550v1

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

    Print Name:    _____

    Business Address:    _____

        _____

cab 2698550v1

