Daniel A. Lev (CA Bar No. 129622)
  dlev@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Petitioning Creditors

Ronald Richards (CA Bar No. 176246)
  ron@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone:  310.556.1001
Facsimile:  310.277.3325

Attorneys for Victor Franco Noval

Baruch C. Cohen (CA Bar No. 159455)
  baruchcohen@baruchcohenesq.com
Law Office of Baruch C. Cohen, APLC
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
Telephone:  323.937.4501
Facsimile: 888.316.6107

Attorneys for Peter Marco, LLC and First International Diamond, Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br><br>Alleged Debtor. | Case No. 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**DECLARATION OF PETER MARCO IN SUPPORT OF PETITIONING CREDITORS' MOTION FOR APPOINTMENT OF INTERIM CHAPTER 7 TRUSTEE**<br><br>DATE:      June 9, 2020<br>TIME:      10:00 a.m.<br>PLACE:    Courtroom "1668" |

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

DAL 2701417v1

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

VICTOR FRANCO NOVAL; PETER MARCO, LLC; and FIRST INTERNATIONAL DIAMOND, INC.,

   Petitioning Creditors,

  vs.

JADELLE JEWELRY AND DIAMONDS, LLC,

   Alleged Debtor.

I, Peter Marco, declare and state as follows:

1. I am an individual over the age of eighteen and am the principal owner and managing member of Peter Marco LLC, dba Peter Marco Extraordinary Jewels of Beverly Hills, which is a creditor of Jadelle Jewelry and Diamonds, LLC (the "Debtor" or "Jadelle"). I am also known as Peter Voutsas. Except as otherwise indicated, all statements contained in this Declaration are based upon my personal knowledge and my review of relevant financial documents. If I were called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth herein based upon my personal knowledge or review of documents.

2. I make this Declaration in support of the "Notice of Motion and Petitioning Creditors' Motion for Appointment of Interim Chapter 7 Trustee; Memorandum of Points and Authorities in Support Thereof" (the "Motion"), filed concurrently herewith.

3. On March 18, 2020, David Rovinsky, Inc. ("Rovinsky") filed a complaint (the "Complaint") against Peter Marco LLC ("Marco") and me in the United States District Court, Central District of California, bearing Case No. 2:20-cv-02580-ODW-AS (the "Rovinsky Action"). My understanding is that the Complaint seeks damages against me and Marco for negligence, conversion, fraud, negligent misrepresentation, civil theft pursuant to California Penal Code § 496, and aiding and abetting conversion and civil theft. However, the facts all relate to the frauds committed

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  by Jadelle, along with its controlling principals and insiders Jona Rechnitz ("Jona") and

2  Rachel Rechnitz ("Rachel" and together with Jona, the "Rechnitz's").  The total damages

3  being sought against me and Marco in the Complaint exceeds $1,100,000.

4         4.       On April 14, 2020, I authorized my attorneys of record to file a third-

5  party complaint in the Rovinsky Action, styled <u>Peter Voutsas aka Peter Marco aka Peter</u>

6  <u>Voutsas, aka Peter Marco Extraordinary Jewels of Beverly Hills, dba Peter Marco LLC, v.</u>

7  <u>Jona S. Rechnitz, Rachel Rechnitz, & Levin Prado aka Levon Prado</u>, seeking damages

8  for (i) intentional misrepresentation and fraud, (ii) civil theft pursuant to California Penal

9  Code § 496, (iii) embezzlement, (iv) civil conspiracy to commit theft, fraud, and fraud by

10  concealment, (v) conversion, (vi) breach of contract, (vii) breach of the implied covenant

11  of good faith and fair dealing, (viii) account stated, and (ix) unethical business practices in

12  violation of California Business & Professions Code § 17200 (the "Third Party

13  Complaint").  The Third Party Complaint seeks compensatory damages in the amount of

14  at least $6,950,444.40, for the frauds committed by Jona, and others, on behalf of

15  Jadelle.

16         5.       As background, from August 26, 2018, through December 23, 2019,

17  I enjoyed what I believed to be a successful and trusting relationship with Jadelle

18  whereby we engaged in approximately 32 transactions totaling approximately

19  $39,369,620 in value.  Often times, the transactions involved purchases and/or

20  exchanges of precious gems between Jadelle and Marco.  As a representative of Jadelle,

21  Jona introduced me to famous celebrities, including NBA stars Shaquille "Shaq" O'Neal,

22  Scottie Pippen, Sam Cassell, boxing champ Floyd Mayweather, pop stars Kim

23  Kardashian and Kris Jenner, and artist Alec Monopoly, to name a few.  I was able to

24  parlay these introductions into clients or as part of my effort to advance my company's

25  social media presence.

26         6.       From October 29, 2019, through January 7, 2020, notwithstanding

27  Jona's by then well-known criminal troubles in New York, Jona, on behalf of Jadelle,

28  assured me that he was back in Los Angeles from New York refocused on his business.

1  As such, Jona and Jadelle acquired $6,950,444.40 of additional jewelry from Marco on

2  consignment for the purpose of reselling them to Jadelle's clients.  At the time, I had no

3  reason to believe that the $6,950,444.40 in consignments with Jadelle would be in

4  jeopardy, primarily because of our prior relationship and our prior transactions totaling

5  well in excess of $39,000,000.  True and correct copies of the Consignment Memos

6  documenting the separate consignment transactions between Marco and Jadelle totaling

7  $6,950,444.40 are attached hereto as Exhibit "A" and incorporated herein by reference.

8          7.      Prior to October 20, 2019, and continuing thereafter, Jona, on behalf

9  of Jadelle, repeatedly represented to me that he had interested buyers for the pieces of

10  consigned jewelry, and that consummation of his sales were imminent.  It now turns out

11  that these promises and representations were knowingly false when made by Jona on

12  Jadelle's behalf.

13          8.      For example, on December 2, 2019, Marco invoiced Jadelle

14  $2,950,000 for "Rovinsky's Ring & Necklace" that Jona, on behalf of Jadelle, told me had

15  been sold.  As of this date, Marco has not received payment nor has it received back the

16  consigned jewelry.

17          9.      In other words, no sooner than weeks after being sentenced in New

18  York, Jona and Jadelle effectively swindled me as part of a large scale fraud by

19  absconding with the consigned jewelry, and either pawning them off, retaining the

20  proceeds of sales, or using the jewelry as collateral for business or personal loans to

21  various questionable sources.  The bottom line is that Marco has not received a single

22  dollar of the $6,950,444.40 in consigned jewelry.  Nor has Marco received the consigned

23  jewelry back from Jadelle.  Simply put, Jona and Jadelle liquidated or fraudulently

24  transferred my consigned jewelry for their own benefit.

25          10.     I have since learned that, during the time Jona and Jadelle were

26  defrauding me and Marco, Jona and Jadelle were defrauding other diamond dealers and

27  insurance companies in Southern California, including, but not limited to, Sotheby's, Leon

28  Landver, Ben Adhoot, Yehuda Gamzo, Oved Anter, Moti Klein, and Julius Klein.  I have

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1    been advised that the amount of losses to these various parties is alleged to be over

2    $15,000,000.

3           11.    But even after I discovered Jona's and Jadelle's fraud from

4    colleagues in the jewelry industry, Jona continued to "play" me and deceive me with

5    further false and misleading stories.

6           12.    For instance, on January 21, 2020, at 10:22:38, Jona, on behalf of

7    Jadelle, texted me of a "major issue," a "legal situation," a "huge crisis," and a "'disaster"

8    that forced him to not consummate his and Jadelle's deals with me and Marco.  The text

9    read as follows:

10           The stone of Oved's is coming back tomorrow with all of the

11           other stones.  Client isn't taking anything.  *I have a major*

12           *issue now they didn't know about my legal situation and*

13           *freaked out they also want to reverse previous transactions*

14           *of mine.*  He can't be associated with me.  A man of his

15           status.  *I'm dealing with a huge crisis now and my Dad is at*

16           *bank trying to sort out issue for me in regards to all this.  I*

17           *stopped the wire because they may be sending the necklace*

18           *and ring back.  I need a few hours to deal with them with my*

19           *lawyer.  This is a disaster.*  I am trying to fix this but won't

20           know for a few hours.  I also have Moty Klein in town at the

21           same time while this is all going on which is extra stress as

22           he can't hear any of this.  Give me a few hours please and I

23           hope to have better news.  [Emphasis Added].

24           13.    On January 21, 2020, at 10:23:29, Jona, on behalf of Jadelle, texted

25    me a vague admission of guilt and liability:

26           *I understand if you never want to deal with me again or see*

27           *my face ever again I am so sorry.*  [Emphasis Added].

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

14.    On January 21, 2020, at 10:24:09, Jona, again on behalf of Jadelle, texted me that he was trying to fix his major issues:

> *You need to let me try and resolve this now.* [Emphasis Added].

15.    On January 21, 2020, at 10:33:53, Jona, on behalf of Jadelle, texted me his shame and depression that his recent frauds were causing me:

> *You don't even need to type back anything to me I'm depressed. Upset. This all happened Yesterday evening. I'm dealing with it.* Standby. [Emphasis Added].

16.    In addition, and to make matters worse, on January 5, 2020, Jadelle issued me a worthless check that neither Jadelle nor Jona had any intention of honoring. The check (check no. 8630, drawn on Jadelle's Wells Fargo Bank account bearing account no. 8649261313) was in the amount of $2,950,000 and was meant to compensate Marco for the two Rovinsky pieces Jona represented had been sold by Jadelle. After being told that I would receive a wire, I was asked to rip up the check, which I did. The wire never arrived. A true and correct copy of the January 5, 2020, check is attached hereto as Exhibit "B" and incorporated herein by reference.

17.    During this entire time, Jona, on behalf of Jadelle, repeatedly lied to me that the deals with Jadelle's clients were consummated. Jona and Jadelle lulled me into a false sense of security, and attempted to fabricate one excuse after another to delay paying Marco and returning the consigned jewelry as part of their effort to hide the truth from me through stonewalling and lies. Repeated demands have been made to Jona and Jadelle to return Marco's consigned jewelry (including Rovinsky's ring and necklace), but to no avail. Instead, Jona and Jadelle took numerous steps to pacify me in order to buy more time, and to keep this matter secret via phone calls and WhatsApp texts.

18.    On January 22, 2020, at 5:12:52, after Jona and Jadelle's pattern of fraud and deceit became public, I received another text from Jona, on behalf of Jadelle.

1  Again, Jona begged me to stay quiet and not report him to the authorities, trying to buy

2  more time:

3           I'm at my cousin lawyer and cousin still getting everything

4           sorted out *so no noise* and no issue I'll see you later still.

5           [Emphasis Added].

6           19.    On January 27, 2020, at 3:47:58, Jona, on behalf of Jadelle,

7  repeated his request that I not report him and Jadelle for their fraud:

8           Please confirm the following:  *They will wait until end of day*

9           *tomorrow and keep it quiet.*  Need to know ASAP.

10          [Emphasis Added].

11          20.    And then, at 4:03:11 on January 27, 2020, the following text arrived:

12          Need to know NOW.

13          21.    On January 29, 2020, at 7:55:07, Jona, on behalf of Jadelle,

14  repeated his request that I not report him and Jadelle for his fraud:

15          All I can say is I'm handling things *and don't discuss*

16          *anything with anyone.  No updates to people who call you*

17          *unless it's oved or lazar.*  [Emphasis Added].

18          22.    On February 4, 2020, at 12:30:22, Jona, on behalf of Jadelle,

19  repeated his request that I not report him and Jadelle to news outlets for his fraud:

20          *Pls confirm you didn't hear back or communicate to the*

21          *paper.*  [Emphasis Added].

22          23.    On February 4, 2020, at 3:36:55, Jona, on behalf of Jadelle, texted

23  me of his fear of Jona and Jadelle being reported to the authorities for their fraud:

24          Is david dealing through you because I heard he wants to

25          report me so confirm that he is holding off and you'll wait to

26          hear from my lawyers.

27          24.    And then, at 4:49:01 on February 4, 2020, Jona texted as follows:

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1    *Make sure you ignore the reporter.  Moty is too.  She can't*

2    *print without a comment.*  [Emphasis Added].

3    25.    That night, on February 4, 2020, at 9:40, Jona, again on behalf of

4    Jadelle, falsely enlisted attorneys to pretend a bailout was coming from family members

5    to buy himself and Jadelle more time.  Attorneys from Cohen Williams LLP wrote me an

6    email about the purported bailout:

7    We write with an update on Jona Rechnitz.  A family

8    member of Mr. Rechnitz has informed our law firm that the

9    family member is seeking to refinance certain real property

10    in order to satisfy Mr. Rechnitz's outstanding liabilities.  We

11    currently have no visibility into the family member's interest

12    in the property, the value of the property, or what, if any

13    equity, the family member has in it.  If you are represented

14    by counsel, please let us know and provide your counsel's

15    contact information.  Our client's desire is to resolve this

16    matter amicably.

17    A true and correct copy of the February 4, 2020, email is attached hereto as Exhibit "C"

18    and incorporated herein by reference.

19    26.    I understood the Cohen Williams LLP email to mean exactly what it

20    stated, in other words, that Jona and Jadelle wanted to know what was owed to Marco so

21    that its undisputed debt could be paid in full.  Importantly, at no time have Jadelle or the

22    Rechnitz's, or anyone acting or purporting to act on their behalf, ever disputed the bona

23    fide status of Marco's claim, either as to its nature, validity, or amount.

24

25

26

27

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA  90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

27.    In my opinion, as one of the three petitioning creditors in Jadelle's involuntary petition, the appointment of an interim trustee during the period between now and when an order for relief is entered is crucial to protect and preserve the assets of Jadelle and to prevent any further irreparable harm to me, Marco, and other similarly situated creditors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of May, 2020, at Los Angeles, California.

Peter Marco

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

# EXHIBIT A

2 items

*Peter Marco*

## EXTRAORDINARY JEWELS
B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T310.278.5353 F310.278.5200
www.petermarco.com

## MEMORANDUM

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY
and are the property of Peter Marco, LLC and are subject to their order and shall be returned to them on demand.
Such merchandise, until returned to them and actually received is at your risk from all hazards. NO RIGHT OR POWER IS GIVEN
TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions.
A sale of this merchandise can only be affected and title will pass only if, as and when the said PETER MARCO shall agree to such
sale and a bill of sale rendered thereof.

DATE 10-29-19          TO Jonah / Jadelle / LEON

| ITEM NO. | DESCRIPTION OF MERCHANDISE | STATED VALUE |
|----------|---------------------------|--------------|
| ① D2-6913 | 69.13 ct 10 Stone 34.94ct | 412,500 |
|  | yellow Tw/Choker/Bracelet |  |
| ② D2-4435 | 4H. 3 Stone DF | $63,750 |
|  | E-A151 |  |

FOR Jona ~~Darks~~

AZ 764 1652

This is NOT an invoice or Bill of Sale
PURCHASED OR RETURNED WITHIN 5 DAYS OF RECEIPT

*Peter Marco*

EXTRAORDINARY JEWELS
B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353  F 310.278.5200
www.petermarco.com

KRIS
JENNER
KARDISHANS
22.000

## MEMORANDUM

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY
and are the property of Peter Marco, LLC and are subject to their order and shall be returned to them on demand.
Such merchandise, until returned to them and actually received is at your risk from all hazards. NO RIGHT OR POWER IS GIVEN
TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions.
A sale of this merchandise can only be affected and title will pass only if, as and when the said PETER MARCO shall agree to such
sale and a bill of sale rendered thereof.

DATE  11.11.19                          TO  Judelle / song

| ITEM NO. | DESCRIPTION OF MERCHANDISE | STATED VALUE |
|---|---|---|
| | Ring | 13,992 |
| 23 51 | Ring | 8,712 |
| | Ring | 9,717 |
| | Bracelet | 19,127 |
| | | 16,200 |
| 27 | Ear | 13,466 |
| 28 | Ear | 4,752 |
| 29 | Ear | 6,600 |
| 30 | Ear | 7,022.40 |
| 31 | Ear | 9,504 |
| 32 | Ear | 26,400 |
| 33 | Ear | 27,086 |
| | | 6,785 |

This is NOT an invoice or Bill of Sale
GOODS MUST BE PURCHASED OR RETURNED WITHIN 5 DAYS OF RECEIPT

# Peter Marco

## EXTRAORDINARY JEWELS
### B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353  F 310.278.5200
www.petermarco.com

## MEMORANDUM

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY
and are the property of Peter Marco, LLC and are subject to their order and shall be returned to them on demand.
Such merchandise, until returned to them and actually received is at your risk from all hazards. NO RIGHT OR POWER IS GIVEN
TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions.
A sale of this merchandise can only be affected and title will pass only if, as and when the said PETER MARCO shall agree to such
sale and a bill of sale rendered thereof.

DATE _11-19-19_          TO _SADELLE / SONIA RECHNITZ_

| ITEM NO. | DESCRIPTION OF MERCHANDISE | STATED VALUE |
|---|---|---|
| 18K YG DIAMOND NECKLACE | | |
| 134.71 FY / IF-VS2 49 STONES | | |
| | | 1,300,000.00 |

This is NOT an Invoice or Bill of Sale
GOODS MUST BE PURCHASED OR RETURNED WITHIN 5 DAYS OF RECEIPT

# Peter Marco

### EXTRAORDINARY JEWELS
### B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353 F 310.278.5200
www.petermarco.com

## MEMORANDUM

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY
and are the property of Peter Marco, LLC and are subject to their order and shall be returned to them on demand.
Such merchandise, until returned to them and actually received is at your risk from all hazards. NO RIGHT OR POWER IS GIVEN
TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions.
A sale of this merchandise can only be affected and title will pass only if, as and when the said PETER MARCO shall agree to such
sale and a bill of sale rendered thereof.

DATE _11-19-19_          TO _SADELLE / SDNA RECON?_

| ITEM NO. | DESCRIPTION OF MERCHANDISE | STATED VALUE |
|---|---|---|
| | 18R YG DIAMOND NECKLACE | |
| | 134.71 FY /IF VS2 49 STONES | |
| | 1,300,000.00 | |

DAVID ROVINSKY

This is NOT an invoice of Bill of Sale
GOODS MUST BE PURCHASED OR RETURNED WITHIN 5 DAYS OF RECEIPT

EXHIBIT A   014

*Peter Marco*

## EXTRAORDINARY JEWELS
### B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353  F 310.278.5200
www.petermarco.com

*JUSTIN BIEBER* (signature)

## MEMORANDUM

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY and are the property of Peter Marco, LLC and are subject to their order and shall be returned to them on demand. Such merchandise, until returned to them and actually received is at your risk from all hazards. NO RIGHT OR POWER IS GIVEN TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions. A sale of this merchandise can only be affected and title will pass only if, as and when the said PETER MARCO shall agree to such sale and a bill of sale rendered thereof.

**DATE** 11/26/19    **TO** Jadelle/Jona

| ITEM NO. | DESCRIPTION OF MERCHANDISE | STATED VALUE | 25 |
|---|---|---|---|
| E1 | Audemars Piguet Royal Oak SS 37 mm - B&P | 90,000 @ | 90,000 |
| E1 | | | 53,000 |
| | | | 89,000 |

This is NOT an Invoice of Bill of Sale
GOODS MUST BE PURCHASED OR RETURNED WITHIN 5 DAYS OF RECEIPT

EXHIBIT A  015

# *Peter Marco*

## EXTRAORDINARY JEWELS
### B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T310.278.5353 F310.278.5200
www.petermarco.com

## MEMORANDUM

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY
and are the property of Peter Marco, LLC and are subject to their order and shall be returned to them on demand.
Such merchandise, until returned to them and actually received is at your risk from all hazards. NO RIGHT OR POWER IS GIVEN
TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions.
A sale of this merchandise can only be affected and title will pass only if, as and when the said PETER MARCO shall agree to such
sale and a bill of sale rendered thereof.

**DATE** 11·27·19          **TO** Jadelle / Jona Rechnitz

| ITEM NO. | DESCRIPTION OF MERCHANDISE | STATED VALUE | |
|---|---|---|---|
| | 10 diamond & enamel rings | 100,000 | RT |
| | 12 pairs of diamond & precious stones earrings | 50,000 | |
| | 13405-12kg - 114.31 to 17.31 - 18 RAD | 3,000,000 | OPEN |
| | 43.10 + 6.82 FY diamond -RING | 1,900,000 | OPEN |
| | | 1,650,000 - | |

This is NOT an invoice of Bill of Sale
GOODS MUST BE PURCHASED OR RETURNED WITHIN 5 DAYS OF RECEIPT

*Peter Marco*

## EXTRAORDINARY JEWELS
B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353  F 310.278.5200
www.petermarco.com

## **MEMORANDUM**

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY
and are the property of Peter Marco, LLC and are subject to their order and shall be returned to them on demand.
Such merchandise, until returned to them and actually received is at your risk from all hazards. NO RIGHT OR POWER IS GIVEN
TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions.
A sale of this merchandise can only be affected and title will pass only if, as and when the said PETER MARCO shall agree to such
sale and a bill of sale rendered thereof.

**DATE** 11·27·19                    **TO** Jadelle / Sona Rechnitz

| ITEM NO. | DESCRIPTION OF MERCHANDISE | STATED VALUE | |
|---|---|---|---|
| | 10 diamond & emerald rings | 100,000 | RT |
| | 12 pairs of diamond & precious stones earrings | 50,000 | 2 |
| | BY 45.19mg - 14.31 tw 17 st. 17 PAD | 3,000,000 | RTN |
| | 43.10 + 6.82 FY diamond | 1,900,000 | PPRN |
| | | 1,650,000 | |

DAVID ROVINSKY

This is NOT an invoice of Bill of Sale
PURCHASED OR RETURNED WITHIN 5 DAYS OF RECEIPT

*Peter Marco*

## EXTRAORDINARY JEWELS
### B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T310.278.5353 F310.278.5200
www.petermarco.com

## MEMORANDUM

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY
and are the property of Peter Marco, LLC and are subject to their order and shall be returned to them on demand.
Such merchandise, until returned to them and actually received is at your risk from all hazards. NO RIGHT OR POWER IS GIVEN
TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions.
A sale of this merchandise can only be affected and title will pass only if, as and when the said PETER MARCO shall agree to such
sale and a bill of sale rendered thereof.

DATE  12·23·19                           TO  Jadelle / Jona

| ITEM NO. | DESCRIPTION OF MERCHANDISE | STATED VALUE |
|---|---|---|
| | ~~PE 10218~~ 94RD×.66  30BQ.90  18kw  707g | 000 |
| | ~~E0985E~~  12 4RD .77  18w  590g | 750 |
| | ~~E0985E~~  12 4RD × .81  30BQ  18kw  582g  PTEV | 2250 |
| | JONA LIENT WATCH RM  141,500.82 | |
| | | 5000 |
| | | 1  141,500.00 |

# Peter Marco

## EXTRAORDINARY JEWELS
### B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353 F 310.278.5200
www.petermarco.com

## MEMORANDUM

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY
and are the property of Peter Marco, LLC and are subject to their order and shall be returned to them on demand.
Such merchandise, until returned to them and actually received is at your risk from all hazards. NO RIGHT OR POWER IS GIVEN
TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions.
A sale of this merchandise can only be affected and title will pass only if, as and when the said PETER MARCO shall agree to such
sale and a bill of sale rendered thereof.

DATE 12/2/19                    TO Jadelle / Jona

| ITEM NO. | DESCRIPTION OF MERCHANDISE | STATED VALUE |
|---|---|---|
| | Multi shape diamond bracet 4.5.47tw GIA 14st 1ct LAZAR | $50,000 |

*[signature]*

NEWMAN SILVERMAN

This is NOT an invoice or Bill of Sale
GOODS MUST BE PURCHASED OR RETURNED WITHIN 5 DAYS OF RECEIPT



*Peter Marco*

### EXTRAORDINARY JEWELS
### BEVERLY HILLS
252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353  F 310.278.5200
www.petermarco.com

# INVOICE

| | | | |
|---|---|---|---|
| **Name** | *JONA* | **Invoice #** | |
| **Spouse** | *PADDLE* | **Date** | *12/5/19* |
| **E-Mail** | | **Birthdate** | |
| **Address** | | **Spouse** | |
| **City** | **State** | **Zip** | **Anniversary** |
| **Home Ph #** | **Cell #** | | |

| STOCK # | STYLE # | DESCRIPTION | PRICE |
|---|---|---|---|
| | *NECKLACE* | *TO LOAN* | *22,000* |
| | *BRACELET* | *SHE* | *9,000* |
| | | | *6,000* |
| | | *AT STORE* | *2,000* |
| | | | *5,000* |

| | | | |
|---|---|---|---|
| | | **SUB-TOTAL** | *94,200 (05)* |
| **APPRAISAL:** YES ___ NO ___ | | **TAX** | |
| | | **POSTAGE** | |
| **Payment Type:** | | **TOTAL** | *145,000 (05)* |
| **CASH** | **CHECK** | **DATE** | **DEPOSIT** |
| **AMEX** | **VISA** | **DATE** | **BALANCE** |
| **MC** | **DINERS** | | **PAID IN FULL** YES / NO |
| **DISC** | | | |

No refund. Exchange only within 30 days

**Signature:** *Luis Prado*          **Completion Date:**

EXHIBIT A   020



### *Peter Marco* 7000

EXTRAORDINARY JEWELS
B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353 F 310.278.5200
www.petermarco.com



## MEMORANDUM

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY
and are the property of Peter Marco, LLC and are subject to their order and shall be returned to them on demand.
Such merchandise, until returned to them and actually received is at your risk from all hazards. NO RIGHT OR POWER IS GIVEN
TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions.
A sale of this merchandise can only be affected and title will pass only if, as and when the said PETER MARCO shall agree to such
sale and a bill of sale rendered thereof.

DATE  12-9-19                    TO  Jonah / Jadelle Jas

310-746-
6093

| ITEM NO. | DESCRIPTION OF MERCHANDISE | STATED VALUE |
|---|---|---|
| PC2445 | Diamond & Blue Sapphire Cufflinks 2 R Round Brilliant | 7000 |

This is NOT an invoice of Bill of Sale
GOODS MUST BE PURCHASED OR RETURNED WITHIN 5 DAYS OF RECEIPT

*Peter Marco*

EXTRAORDINARY JEWELS
B E V E R L Y  H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353 F 310.278.5200
www.petermarco.com

# INVOICE

| | | Invoice # | |
|---|---|---|---|
| Spouse | | Date | 12-12-19 |
| E-Mail | | Birthdate | |
| Address | | Spouse | |
| City | State | Zip | Anniversary | |
| Home Ph # | Cell # | |

| STOCK # | STYLE # | DESCRIPTION | PRICE |
|---|---|---|---|
| BY215 | PLAT + | Be V2 Round | MP 900 |
| 36.67 | TW 44 DM 2852 66846 757 | | |

NORMAN SILVERMAN

| | | | | SUB-TOTAL | | |
|---|---|---|---|---|---|---|
| APPRAISAL: | YES | NO | | TAX | | |
| | | | | POSTAGE | | |
| Payment Type: | | | | TOTAL | | |
| | CHECK | | DATE | DEPOSIT | | |
| | VISA | | DATE | BALANCE | | |
| | AMEX | | | PAID IN FULL | YES | NO |
| | | | | Completion Date: | | |

EXHIBIT A  022

# *Peter Marco*

### EXTRAORDINARY JEWELS
### B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
T 310.278.5353 F 310.278.5200
www.petermarco.com

## MEMORANDUM

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY
and are the property of Peter Marco, LLC and are subject to their order and shall be returned to them on demand.
Such merchandise, until returned to them and actually received is at your risk from all hazards. NO RIGHT OR POWER IS GIVEN
TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions.
A sale of this merchandise can only be affected and title will pass only if, as and when the said PETER MARCO shall agree to such
sale and a bill of sale rendered thereof.

DATE 12-16-19                    TO Jona/Jadelle

| ITEM NO. | DESCRIPTION OF MERCHANDISE | STATED VALUE |
|---|---|---|
| NS 10052 | 18kwg 2St 9.02RBJSt2 | $335,000 |
|  | 9.02RBJSt2 18.04ctw |  |
|  | GIA# 2165989714 |  |
|  | GIA# 2205611416 inscribed |  |

NORMAN SILVERMAN

9.02 RB J8/8G
9.02 RB J8/8G
18.04 TW

NOT an invoice or Bill of Sale
OR RETURNED WITHIN 5 DAYS OF RECEIPT

*Peter Marco*

EXTRAORDINARY JEWELS
BEVERLY HILLS
252 North Rodeo Drive Beverly Hills CA 90210
T310.278.5353 F310.278.5200
www.petermarco.com

## MEMORANDUM

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY
and are the property of Peter Marco, LLC and are subject to their order and shall be returned to them on demand.
Such merchandise, until returned to them and actually received is at your risk from all hazards. NO RIGHT OR POWER IS GIVEN
TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions.
A sale of this merchandise can only be affected and title will pass only if, as and when the said PETER MARCO shall agree to such
sale and a bill of sale rendered thereof.

DATE 12-16-19                    TO Jona/Jadelle

| ITEM NO. | DESCRIPTION OF MERCHANDISE | STATED VALUE |
|----------|---------------------------|--------------|
| LAZS 2342 | 20.54 Oval H/VVS2 | 793,049.00 |
|  | GIA #6204485119 |  |
|  | LAZAR DIAMOND |  |

GOODS MUST

EXHIBIT A   024

*Peter Marco*

EXTRAORDINARY JEWELS
B E V E R L Y   H I L L S
252 North Rodeo Drive Beverly Hills CA 90210
310.278.5353 F310.278.5200
www.petermarco.com

## MEMORANDUM

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY
and are the property of Peter Marco, LLC and are subject to their order and shall be returned to them on demand.
Such merchandise, until returned to them and actually received is at your risk from all hazards. NO RIGHT OR POWER IS GIVEN
TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions.
A sale of this merchandise can only be affected and title will pass only if, as and when the said PETER MARCO shall agree to such
sale and a bill of sale rendered thereof.

DATE **12-16-19**          TO **Jona/Jadelle**

| ITEM NO. | DESCRIPTION OF MERCHANDISE | STATED VALUE |
|----------|---------------------------|--------------|
| FID MT S072 | 13.62 D/VVS1 Cert# 11776564 | 1,333,695 |

This is NOT an Invoice of Bill of Sale
GOODS MUST BE PURCHASED OR RETURNED WITHIN 5 DAYS OF RECEIPT

EXHIBIT A   025

# *Peter Marco*

## EXTRAORDINARY JEWELS
### B E V E R L Y   H I L L S

252 North Rodeo Drive Beverly Hills ___ 10
T 310.278.5353 F 310.2___

www.petermarco.co___

## MEMORA___

The goods described and valued as below are delivere___ ___ EXAM___ ___ INSPECTION ONLY
and are the property of Peter Marco, LLC and are subjec___ ___ their order and sha___ ___turned to them on demand.
Such merchandise, until returned to them and actually received is ___ your risk from all hazards. NO RIGHT OR POWER IS GIVEN
TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions.
A sale of this merchandise can only be affected and title will pass only if, as and when the said PETER MARCO shall agree to such
sale and a bill of sale rendered thereof.

**DATE** 1/7/20                    **TO** Jadelle / Jong

| ITEM NO. | DESCRIPTION OF MERCHANDISE | STATED VALUE |
|---|---|---|
| 15.03 | Fancy Yellow IF Radiant diamond mounted on a ring. | |

FITTING.

___ ___ ___ of Bill of Sale
___ ___ RETURNED WITHIN 5 DAYS OF RECEIPT

EXHIBIT A   026

# Peter Marco

### EXTRAORDINARY JEWELS
### BEVERLY HILLS
252 North Rodeo Drive Beverly Hills CA 90210
T310.278.5353 F310.278.5200
www.petermarco.com

## INVOICE

| | | | |
|---|---|---|---|
| **Name** | JADELLE | **Invoice #** | |
| **Spouse** | | **Date** | 12/2/2019 |
| **E-Mail** | | **Birthdate** | |
| **Address** | | **Spouse** | |
| **City** | BEVERLY HILLS | **State** CA | **ZIP** 90212 | **Anniversary** | |
| **Office #** | (310) 888-7725 | **Cell #** | (646) 283-3283 | |

| STOCK# | STYLE # | DESCRIPTION | PRICE |
|---|---|---|---|
| -18KY Fancy Yellow Radiant Diamond Riviera Necklace Weighing 134.71 cttw. FY/IF-VS2. 49 Stones are GIA Certed. | | | $1,300,000.00 |
| -Platinum/18KY Three Stone Style Diamond Ring: Containing 1Cut Cornered-Rectangular Step Cut Diamond 43.10CT. Fancy Yellow/VS1 GIA 1162114473 & 2Step Cut Traps. 6.82cttw. | | | $1,650,000.00 |

**APPRAISAL:**        YES ____ NO ____

**Payment Type:**

| | | | |
|---|---|---|---|
| CASH | | CHECK | |
| AMEX | | VISA | |
| MC | | DINERS | |
| DISC | | | |

| | |
|---|---|
| SUB-TOTAL | |
| TAX | RESALE # |
| POSTAGE | |
| TOTAL | |
| DATE        DEPOSIT | |
| DATE        BALANCE | ~~2,950,000~~ |
| PAID IN FULL | |

*2,950,000*

No refund. Exchange only within 30 days

Signature: *Paid By CHECK*

Completion Date: _____

EXHIBIT A   027

# EXHIBIT B



WELLS FARGO BANK
WILSHIRE CRESCENT  9454 WILSHIRE BLVD., BEVERLY HILLS, CA 90212

8630
11-4288/1210

DATE 1/5/2020

PAY TO THE
ORDER OF  Peter Marco LLC                                    $ 2,950,000

Two million nine hundred fifty thousand dollars          DOLLARS

JADELLE JEWELRY AND DIAMONDS, LLC
9454 WILSHIRE BLVD PH G01
BEVERLY HILLS    CA 90212-2931

⑆1210⑈4288⑈ 2⑆8644262133⑈8630

# EXHIBIT C

EXHIBIT C   030

## Ronald Richards

| | |
|---|---|
| **From:** | Reuven Cohen <rcohen@cohen-williams.com> |
| **Sent:** | Tuesday, February 4, 2020 9:40 PM |
| **To:** | Reuven Cohen; Marc Williams |
| **Subject:** | Jona Rechnitz |

We write with an update on Jona Rechnitz. A family member of Mr. Rechnitz has informed our law firm that the family member is seeking to refinance certain real property in order to satisfy Mr. Rechnitz's outstanding liabilities. We currently have no visibility into the family member's interest in the property, the value of the property, or what, if any equity, the family member has in it.

If you are represented by counsel, please let us know and provide your counsel's contact information.

Our client's desire is to resolve this matter amicably.

Sincerely,

Reuven L. Cohen
Cohen Williams LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: 213-232-5163
Fax: 213-232-5167
rcohen@cohen-williams.com
www.cohen-williams.com

1

EXHIBIT C   031

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): <u>DECLARATION OF PETER MARCO IN SUPPORT OF PETITIONING CREDITORS' MOTION FOR APPOINTMENT OF INTERIM CHAPTER 7 TRUSTEE</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u> May 19, 2020 </u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u> May 19, 2020 </u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 19, 2020 | Cheryl Caldwell | */s/ Cheryl Caldwell* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                             **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION (if needed):

**1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Daniel A Lev**    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- **Neal Salisian**    ECF@salisianlee.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**