**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Jadelle Jewelry and Diamonds, LLC.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>Putative Debtor. | Case No. 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**DECLARATION OF LEVIN PRADO IN SUPPORT OF PUTATIVE DEBTOR'S OPPOSITION TO PETITIONING CREDITORS' MOTION FOR APPOINTMENT OF INTERIM CHAPTER 7 TRUSTEE**<br><br>**DATE:    June 9, 2020**<br>**TIME:    10:00 a.m.**<br>**CTRM:    1668**<br>**255 E. Temple Street**<br>**Los Angeles, CA 90012** |

I, Levin Prado, declare as follows:

1.    I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the opposition to the *Petitioning Creditors' Motion for Appointment of Interim Chapter 7 Trustee* [Docket No. 12] (the "Motion") filed by Jadelle Jewelry and Diamonds, LLC ("Jadelle"). .

2.    I am an authorized signor for checks drawn from Jadelle's business account at Wells Fargo Bank. I have reviewed Jadelle's bank records for checks by Jadelle to Victor Franco

Noval ("Noval") that paid down any loan balance, and, based on my review, below is a list of the checks:

| Date | Amount | Source |
|---|---|---|
| 3/7/2019 | $9,900.00 | Wells Fargo Cashier's Check |
| 4/10/2019 | $400,000.00 | Business Check from Wells Fargo Account |
| 5/3/2019 | $50,000.00 | Business Check from Wells Fargo Account |
| 5/3/2019 | $50,000.00 | Business Check from Wells Fargo Account |
| 8/9/2019 | $32,000.00 | Wells Fargo Cashier's Check |
| 10/30/2019 | $35,000.00 | Business Check from Wells Fargo Account |
| 11/4/2019 | $35,000.00 | Wells Fargo Cashier's Check |
| **Total** | **$611,900.00** | |

3. A true and correct copy of each check referenced above is attached to the Index of Exhibits collectively as Exhibit "11."

4. In addition to the checks referenced above, payments were made to Noval in cash.

5. I have reviewed the copy of the invoice dated December 15, 2019 found at Bates Stamp 020 of Exhibit "A" to the Declaration of Peter Marco [Docket No. 17] (the "December Invoice").

6. I retained, in Jadelle's records, a carbon copy of the original version of the December Invoice that I signed (the "Carbon Copy"). Attached to the Index of Exhibits as Exhibit "12" is a true and correct copy of the Carbon Copy.

7. The Carbon Copy is consistent with my recollection of the content of the original version of the December Invoice that I signed.

8. Among other differences, the references to "WATCH JONA FATHER PATEK RG" and "$145,000" on the December Invoice do not appear on the Carbon Copy.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 26th day of May, 2020, at _____, California.

LEVIN PRADO

SMILEY WANG-EKVALL, LLP
Robert S. Marticello, State Bar No. 244256
rmarticello@swelawfirm.com
Michael L. Simon, State Bar No. 300822
msimon@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626

Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Jadelle Jewelry and Diamonds, LLC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

JADELLE JEWELRY AND DIAMONDS, LLC,

          Putative Debtor.

Case No. 2:20-bk-13530-BR

Chapter 7

DECLARATION OF LEVIN PRADO IN SUPPORT OF PUTATIVE DEBTOR'S OPPOSITION TO PETITIONING CREDITORS' MOTION FOR APPOINTMENT OF INTERIM CHAPTER 7 TRUSTEE

DATE:    June 9, 2020
TIME:    10:00 a.m.
CTRM:    1668
255 E. Temple Street
Los Angeles, CA 90012

I, Levin Prado, declare as follows:

1. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the opposition to the *Petitioning Creditors' Motion for Appointment of Interim Chapter 7 Trustee* [Docket No. 12] (the "Motion") filed by Jadelle Jewelry and Diamonds, LLC ("Jadelle"). .

2. I am an authorized signor for checks drawn from Jadelle's business account at Wells Fargo Bank. I have reviewed Jadelle's bank records for checks by Jadelle to Victor Franco Noval ("Noval") that paid down any loan balance, and, based on my review, below is a list of the checks:

| Date | Amount | Source |
|---|---|---|
| 3/7/2019 | $9,900.00 | Wells Fargo Cashier's Check |
| 4/10/2019 | $400,000.00 | Business Check from Wells Fargo Account |
| 5/3/2019 | $50,000.00 | Business Check from Wells Fargo Account |
| 5/3/2019 | $50,000.00 | Business Check from Wells Fargo Account |
| 8/9/2019 | $32,000.00 | Wells Fargo Cashier's Check |

| | | |
|---|---|---|
| 10/30/2019 | $35,000.00 | Business Check from Wells Fargo Account |
| 11/4/2019 | $35,000.00 | Wells Fargo Cashier's Check |
| Total | $611,900.00 | |

    3. A true and correct copy of each check referenced above is attached to the Index of Exhibits collectively as Exhibit "11."

    4. In addition to the checks referenced above, payments were made to Noval in cash.

    5. I have reviewed the copy of the invoice dated December 15, 2019 found at Bates Stamp 020 of Exhibit "A" to the Declaration of Peter Marco [Docket No. 17] (the "December Invoice").

    6. I retained, in Jadelle's records, a carbon copy of the original version of the December Invoice that I signed (the "Carbon Copy"). Attached to the Index of Exhibits as Exhibit "12" is a true and correct copy of the Carbon Copy.

    7. The Carbon Copy is consistent with my recollection of the content of the original version of the December Invoice that I signed.

    8. Among other differences, the references to "WATCH JONA FATHER PATEK RG" and "$145,000" on the December Invoice do not appear on the Carbon Copy.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on this 26th day of May, 2020, at Beverly Hills, California.

*[signature]*
LEVIN PRADO

2825506.1    DECLARATION OF LEVIN PRADO

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Levin Prado in Support of Putative Debtor's Opposition to Petitioning Creditors' Motion for Appointment of Interim Chapter 7 Trustee** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **05/26/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Neal Salisian    ECF@salisianlee.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **05/26/2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via First Legal:
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/26/2020 | Lynnette Garrett | /s/ Lynnette Garrett |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**