**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Jadelle Jewelry and Diamonds, LLC.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>    Putative Debtor. | Case No. 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**PUTATIVE DEBTOR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PETITIONING CREDITORS' MOTION FOR APPOINTMENT OF INTERIM CHAPTER 7 TRUSTEE**<br><br>**DATE:    June 9, 2020**<br>**TIME:    10:00 a.m.**<br>**CTRM:    1668**<br>**255 E. Temple Street**<br>**Los Angeles, CA 90012** |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to Federal Rule of Evidence 201, Jadelle Jewelry and Diamonds, LLC, the putative debtor ("Jadelle"), hereby requests that the Court take judicial notice of the following pleadings and dockets, and facts stated therein, in support of the *Putative Debtor's Opposition to Petitioning Creditors' Motion for Appointment of Interim Chapter 7 Trustee* (the "Opposition"):

1.    The involuntary petition [Docket No. 1] filed by the petitioning creditors against Jadelle, a true and correct copy of which is attached to the concurrently filed *Putative Debtor's*

2822846.1    REQUEST FOR JUDICIAL NOTICE

*Index of Exhibits In Support of Opposition to Petitioning Creditors' Motion for Appointment of Interim Chapter 7 Trustee* (the "Index") as Exhibit "1";

2. The complaint filed on February 10, 2020, in the action entitled *Victor Franco Noval vs. Jona S. Rechnitz, Rachel Rechnitz, Jadelle Inc., Jadelle Jewelry and Diamonds, LLC, Levin Prado and Xiomara Cortez* (the "Noval Action"), a true and correct copy of which is attached to the Index as Exhibit "2";

3. The March 10, 2020 minute order in the Noval Action temporarily staying the Noval Action, a true and correct copy of which is attached to the Index as Exhibit "3";

4. The docket in the Noval Action as of May 26, 2020, a true and correct copy of which is attached to the Index as Exhibit "4";

5. Relevant excerpts of the "Proposed Al-Sabah First Amended Complaint," as that term is defined in the Opposition, a true and correct copy of which is attached to the Index as Exhibit "5";

6. The amended third party complaint (the "Marco Complaint") filed on April 24, 2020, in the action entitled *David Rovinsky v. Peter Voutsas* (the "Marco Action"), a true and correct copy of which is attached to the Index as Exhibit "6"; and

7. The docket in the Marco Action as of May 26, 2020, a true and correct copy of which is attached to the Index as Exhibit "7."

DATED: May 26, 2020

Respectfully submitted,

SMILEY WANG-EKVALL, LLP

By: _____*/s/ Michael L. Simon*_____
ROBERT S. MARTICELLO
MICHAEL L. SIMON
Attorneys for Jadelle Jewelry and Diamonds, LLC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Putative Debtor's Request for Judicial Notice in Support of Opposition to Petitioning Creditors' Motion for Appointment of Interim Chapter 7 Trustee** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **05/26/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Neal Salisian    ECF@salisianlee.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **05/26/2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via First Legal:
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/26/2020 | Lynnette Garrett | /s/ Lynnette Garrett |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                            **F 9013-3.1.PROOF.SERVICE**