**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:    714 445-1002

Attorneys for Jadelle Jewelry and Diamonds, LLC.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>Putative Debtor. | Case No. 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**EVIDENTIARY OBJECTIONS TO DECLARATION OF PETER MARCO IN SUPPORT OF PETITIONING CREDITORS' MOTION FOR APPOINTMENT OF INTERIM CHAPTER 7 TRUSTEE**<br><br>**DATE:** **June 9, 2020**<br>**TIME:** **10:00 a.m.**<br>**CTRM:** **1668**<br>**255 E. Temple Street**<br>**Los Angeles, CA 90012** |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Jadelle Jewelry and Diamonds, LLC objects to the following portions of the *Declaration of Peter Marco in Support of Petitioning Creditors' Motion For Appointment Of Interim Chapter 7 Trustee* [Docket No. 17]:

2825506.1                                                                                                                  EVIDENTIARY OBJECTIONS

| Objectionable Material | Grounds for Objection | Ruling |
|---|---|---|
| ¶ 3 (Decl. at 2:28-3:2.)  "However, the facts all relate to the frauds committed by Jadelle, along with its controlling principals and insiders Jona Rechnitz ("Jona") and Rachel Rechnitz ("Rachel and together with Jona, the "Rechnitz's"). | Lack of Foundation (FRE 601 and 602)<br><br>Lack of Personal Knowledge (FRE 602)<br><br>Vague<br><br>Improper legal conclusions and improper opinion testimony (FRE 701 and 702) | ☐ Sustained<br><br>☐ Overruled |
| ¶ 4 (Decl. at 3:13-15.)  "The Third Party Complaint seeks compensatory damages in the amount of at least $6,950,444.40, for the frauds committed by Jona, and others, on behalf of Jadelle." | Improper legal conclusion and improper opinion testimony (FRE 701 and 702) | ☐ Sustained<br><br>☐ Overruled |
| ¶ 6 (Decl. at 3:26-4:5.)  "From October 29, 2019, through January 7, 2020, notwithstanding Jona's by then well-known criminal troubles in New York, Jona, on behalf of Jadelle, assured me that he was back in Los Angeles from New York refocused on his business. As such, Jona and Jadelle acquired $6,950,444.40 of additional jewelry from Marco on consignment for the purpose of reselling them to Jadelle's clients. At the time, I had no reason to believe that the $6,950,444.40 in consignments with Jadelle would be in jeopardy, primarily because of our prior relationship and our prior transactions totaling well in excess of $39,000,000." | Lack of Foundation (FRE 601 and 602)<br><br>Lack of Personal Knowledge (FRE 602)<br><br>Vague<br><br>Inadmissible hearsay (FRE 801)<br><br>Improper legal conclusions as to the value of the jewelry allegedly consigned | ☐ Sustained<br><br>☐ Overruled |
| ¶ 7 (Decl. at 4:8-12.)  "Prior to October 29, 2019, and continuing thereafter, Jona, on behalf of Jadelle, repeatedly represented to me that he had interested buyers for the pieces of consigned jewelry, and that consummation of his sales were imminent.  It now turns out that these promises and representations were knowingly | Lack of Foundation (FRE 601 and 602)<br><br>Lack of Personal Knowledge (FRE 602)<br><br>Vague<br><br>Inadmissible hearsay (FRE 801) | ☐ Sustained<br><br>☐ Overruled |

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2825506.1

2

EVIDENTIARY OBJECTIONS

| **Objectionable Material** | **Grounds for Objection** | **Ruling** |
|---|---|---|
| false when made by Jona on Jadelle's behalf." | Improper legal conclusions and improper opinion testimony (FRE 701 and 702) | |
| ¶ 8 (Decl. at 4:13-16.) "For example, on December 2, 2019, Marco invoiced Jadelle $2,950,000 for 'Rovinsky's Ring & Necklace' that Jona, on behalf of Jadelle, told me had been sold. As of this date, Marco has not received payment nor has it received back the consigned jewelry." | Vague<br><br>Inadmissible hearsay (FRE 801)<br><br>Misleading as Rovinksy items are in the possession of Rovinksy | ☐ Sustained<br><br>☐ Overruled |
| ¶ 9 (Decl. at 4:17-24.) "In other words, no sooner than weeks after being sentenced in New York, Jona and Jadelle effectively swindled me as part of a large scale fraud by absconding with the consigned jewelry, and either pawning them off, retaining the proceeds of sales, or using the jewelry as collateral for business or personal loans to various questionable sources. The bottom line is that Marco has not received a single dollar of the $6,950,444.40 in consigned jewelry. Nor has Marco received the consigned jewelry back from Jadelle. Simply put, Jona and Jadelle liquidated or fraudulently transferred my consigned jewelry for their own benefit." | Lack of Foundation (FRE 601 and 602)<br><br>Lack of Personal Knowledge (FRE 602)<br><br>Vague<br><br>Improper legal conclusions and improper opinion testimony (FRE 701 and 702) | ☐ Sustained<br><br>☐ Overruled |
| ¶ 10 (Decl. at 4:25-5:2.) "I have since learned that, during the time Jona and Jadelle were defrauding me and Marco, Jona and Jadelle were defrauding other diamond dealers and insurances companies in Southern California, including, but not limited to, Sotheby's, Leon Landver, Ben Adhoot, Yehuda Gamzo, Oved Anter, Moti Klein, and Julius Klein. I have been advised that the amount of losses to these various parties is alleged to be over $15,000,000." | Lack of Foundation (FRE 601 and 602)<br><br>Lack of Personal Knowledge (FRE 602)<br><br>Inadmissible hearsay (FRE 801)<br><br>Vague<br><br>Improper legal conclusions and improper opinion testimony (FRE 701 and 702) | ☐ Sustained<br><br>☐ Overruled |

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

| **Objectionable Material** | **Grounds for Objection** | **Ruling** |
|---|---|---|
| ¶ 11 (Decl. at 5:3-5.) "But even after I discovered Jona's and Jadelle's fraud from colleagues in the jewelry industry, Jona continued to 'play' me and deceive me with further false and misleading stories." | Lack of Foundation (FRE 601 and 602)<br><br>Lack of Personal Knowledge (FRE 602)<br><br>Vague<br><br>Improper legal conclusions and improper opinion testimony (FRE 701 and 702) | ☐ Sustained<br><br>☐ Overruled |
| ¶ 12 (Decl. at 5:6-23.) "For instance, on January 21, 2020, at 10:22:38, Jona, on behalf of Jadelle, texted me of a 'major issue,' a 'legal situation,' a 'huge crisis,' and a 'disaster' that forced him to not consummate his and Jadelle's deals with me and Marco. The text read as follows:<br><br>The stone of Oved's is coming back tomorrow with all of the other stones. Client isn't taking anything. I have a major issue now they didn't know about my legal situation and freaked out they also want to reverse previous transactions of mine. He can't be associated with me. A man of his status. I'm dealing with a huge crisis now and my Dad is at bank trying to sort out issue for me in regards to all this. I stopped the wire because they made be sending the necklace and ring back. I need a few hours to deal with them with my lawyer. This is a disaster. I am trying to fix this but won't know for a few hours. I also have Moty Klein in town at the same time while this is all going on which is extra stress as he can't hear any of this. Give me a few hours please and I hope to have better news. [Emphasis Added]." | Inadmissible hearsay (FRE 801)<br><br>Best Evidence Rule (FRE 1002) | ☐ Sustained<br><br>☐ Overruled |
| ¶ 13 (Decl. at 5:24-27.) "On January 21, 2020, at 10:23:29, | Inadmissible hearsay (FRE 801) | ☐ Sustained |

| **Objectionable Material** | **Grounds for Objection** | **Ruling** |
|---|---|---|
| Jona, on behalf of Jadelle, texted me a vague admission of guilt and liability: <br><br> I understand if you never want to deal with me again or see my face ever again I am so sorry." | Best Evidence Rule (FRE 1002) <br><br> Improper legal conclusions and improper opinion testimony (FRE 701 and 702) | ☐ Overruled |
| ¶ 14 (Decl. at 6:1-4.) "On January 21, 2020, at 10:24:09, Jona, again on behalf of Jadelle, texted me that he was trying to fix his major issues: <br><br> You need to let me try and resolve this now." | Inadmissible hearsay (FRE 801) <br><br> Best Evidence Rule (FRE 1002) | ☐ Sustained <br><br> ☐ Overruled |
| ¶ 15 (Decl. at 6:5-9.) "On January 21, 2020, at 10:33:53, Jona, on behalf of Jadelle, texted me his shame and depression that his recent frauds were causing me: <br><br> You don't even need to type back anything to me I'm depressed. Upset.  This all happened Yesterday evening.  I'm dealing with it.  Standby." | Inadmissible hearsay (FRE 801) <br><br> Best Evidence Rule (FRE 1002) <br><br> Improper legal conclusions and improper opinion testimony (FRE 701 and 702) | ☐ Sustained <br><br> ☐ Overruled |
| ¶ 16 (Decl. at 6:10-17.) "In addition, and to make matters worse, on January 5, 2020, Jadelle issued me a worthless check that neither Jadelle nor Jona had any intention of honoring.  The check (check no. 8630, drawn on Jadelle's Wells Fargo Bank account bearing account no. 8649261313) was in the amount of $2,950,000 and was meant to compensate Marco for the two Rovinsky pieces Jona represented had been sold by Jadelle.  After being told that I would receive a wire, I was asked to rip up the check, which I did.  The wire never arrived.  A true and correct copy of the January 5, 2020, check is attached hereto as Exhibit 'B' and incorporated herein by reference." | Lack of Foundation (FRE 601 and 602) <br><br> Lack of Personal Knowledge (FRE 602) <br><br> Improper legal conclusions and improper opinion testimony (FRE 701 and 702) <br><br> Inadmissible hearsay (FRE 801) | ☐ Sustained <br><br> ☐ Overruled |

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

| **Objectionable Material** | **Grounds for Objection** | **Ruling** |
|---|---|---|
| ¶ 17 (Decl. at 6:18-26.) "During this entire time, Jona, on behalf of Jadelle, repeatedly lied to me that the deals with Jadelle's clients were consummated. Jona and Jadelle lulled me into a false sense of security, and attempted to fabricate one excuse after another to delay paying Marco and returning the consigned jewelry as part of their effort to hide the truth from me through stonewalling and lies. Repeated demands have been made to Jona and Jadelle to return Marco's consigned jewelry (including Rovinsky's ring and necklace), but to not avail. Instead, Jona and Jadelle took numerous steps to pacify me in order to buy more time, and to keep this matter secret via phone calls and WhatsApp texts." | Lack of Foundation (FRE 601 and 602)<br><br>Lack of Personal Knowledge (FRE 602)<br><br>Improper legal conclusions and improper opinion testimony (FRE 701 and 702)<br><br>Vague<br><br>Inadmissible hearsay (FRE 801) | ☐ Sustained<br><br>☐ Overruled |
| ¶ 18 (Decl. at 6:27-7-4.) "On January 22, 2020, at 5:12:52, after Jona and Jadelle's pattern of fraud and deceit became public, I received another text from Jona, on behalf of Jadelle. Again, Jona begged me to stay quiet and not report him to the authorities, trying to buy more time:<br><br>I'm at my cousin lawyer and cousin still getting everything sorted out so no noise and no issue I'll see you later still." | Inadmissible hearsay (FRE 801)<br><br>Best Evidence Rule (FRE 1002)<br><br>Improper legal conclusions and improper opinion testimony (FRE 701 and 702)<br><br>Inadmissible hearsay (FRE 801) | ☐ Sustained<br><br>☐ Overruled |
| ¶ 19 (Decl. at 7:6-9.) "On January 27, 2020, at 3:37:58, Jona, on behalf of Jadelle, repeated his request I not report him and Jadelle for their fraud:<br><br>Please confirm the following: They will wait until end of day tomorrow and keep it quiet. Need to know ASAP." | Inadmissible hearsay (FRE 801)<br><br>Best Evidence Rule (FRE 1002)<br><br>Improper legal conclusions and improper opinion testimony (FRE 701 and 702) | ☐ Sustained<br><br>☐ Overruled |
| ¶ 20 (Decl at 7:11-12.) "And then, at 4:03:11 on January 27, 2020, | Inadmissible hearsay (FRE 801) | ☐ Sustained |

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

| Objectionable Material | Grounds for Objection | Ruling |
|---|---|---|
| the following text arrived: Need to know NOW." | Best Evidence Rule (FRE 1002) | ☐ Overruled |
| ¶ 21 (Decl at 7:13-17.) "On January 28, 2020, at 7:55:07, Jona, on behalf of Jadelle, repeated his request that I not report him and Jadelle for his fraud:<br><br>All I can say is I'm handling things and don't discuss anything with anyone.  No updates to people who call you unless it's oved or lazar." | Inadmissible hearsay (FRE 801)<br><br>Best Evidence Rule (FRE 1002)<br><br>Improper legal conclusions and improper opinion testimony (FRE 701 and 702) | ☐ Sustained<br><br>☐ Overruled |
| ¶ 22 (Decl. at 7:18-21.) "On February 4, 2020, at 12:30:22, Jona, on behalf of Jadelle, repeated his request that I not report him and Jadelle to news outlets for his fraud:<br><br>Pls confirm that you didn't hear back or communicate to the paper." | Inadmissible hearsay (FRE 801)<br><br>Best Evidence Rule (FRE 1002)<br><br>Improper legal conclusions and improper opinion testimony (FRE 701 and 702) | ☐ Sustained<br><br>☐ Overruled |
| ¶ 23 (Decl. at 7:22-26.) "On February 4, 2020, at 3:36:55, Jona, on behalf of Jadelle, texted me of his fear of Jona and Jadelle being reported to the authorities for their fraud:<br><br>Is david dealing through you because I heard he wants to report me so confirm that he is holding off and you'll wait to hear from my lawyers." | Inadmissible hearsay (FRE 801)<br><br>Best Evidence Rule (FRE 1002)<br><br>Improper legal conclusions and improper opinion testimony (FRE 701 and 702) | ☐ Sustained<br><br>☐ Overruled |
| ¶ 24 (Decl. at 7:27-8:2.) "And then, at 4:49:01 on February 4, 2020, Jona texted as follows: Make sure you ignore the reporter. Moty is too.  She can't print without a comment." | Inadmissible hearsay (FRE 801)<br><br>Best Evidence Rule (FRE 1002) | ☐ Sustained<br><br>☐ Overruled |
| ¶ 25 (Decl. at 8:3-18.) "That night, on February 4, 2020, at 9:40, Jona, again on behalf of Jadelle, falsely enlisted attorneys to pretend a bailout was coming from family | Lack of Personal Knowledge (FRE 602)<br><br>Lack of authentication (901) | ☐ Sustained<br><br>☐ Overruled |

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

| **Objectionable Material** | **Grounds for Objection** | **Ruling** |
|---|---|---|
| members to buy himself and Jadelle more time.  Attorneys from Cohen Williams LLP wrote me an email about the purported bailout:<br><br>We write with an update on Jona Rechnitz.  A family member of Mr. Rechnitz has informed our law firm that the family member is seeking to refinance certain real property in order to satisfy Mr. Rechnitz's outstanding liabilities.  We currently have no visibility into the family member's interest in the property, the value of the property, or what, if any equity, the family member has in it.  If you are represented by counsel, please let us know and provide your counsel's contact information.  Our client's desire is to resolve this matter amicably.<br><br>A true and correct copy of the February 4, 2020, email is attached hereto as Exhibit 'C' and incorporated herein by reference." | Inadmissible hearsay in violation of FRE 801<br><br>Best Evidence Rule (FRE 1002)<br><br>The email attached as Ex. C has not been authenticated by someone with personal knowledge.  Noval is not identified on Ex. C as a recipient of the email.<br><br>The contents of the email also constitute hearsay.<br><br>Inadmissible settlement communication (FRE 408) | |
| ¶ 26 (Decl. at 8:19-23.) "I understood the Cohen Williams LLP email to mean exactly what it stated, in other words, that Jona and Jadelle wanted to know what was owed to Marco so that its undisputed debt could be paid in full.  Importantly, at no time have Jadelle or the Rechnitz's, or anyone acting or purporting to act on their behalf, ever disputed the bona fide status Marco's claim, either as to its nature, validity, or amount." | Lack of Foundation (FRE 601 and 602)<br><br>Lack of Personal Knowledge (FRE 602)<br><br>Improper legal conclusions and improper opinion testimony (FRE 701 and 702)<br><br>Relevance (FRE 401)<br><br>Inadmissible settlement communication (FRE 408) | ☐ Sustained<br><br>☐ Overruled |
| ¶ 27 (Decl. at 9.) "In my opinion as one of the three petitioning creditors in Jadelle's involuntary petition, the appointment of an interim trustee during the period between now and when an order for relief is entered is crucial to protect and preserve the assets of | Lack of Foundation (FRE 601 and 602)<br><br>Lack of Personal Knowledge (FRE 602)<br><br>Improper opinion testimony (FRE 701 and 702) | ☐ Sustained<br><br>☐ Overruled |

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

| **Objectionable Material** | **Grounds for Objection** | **Ruling** |
|---|---|---|
| Jadelle and to prevent any further irreparable harm to me, Marco, and other similarly situated creditors." | Vague | |

DATED: May 26, 2020

Respectfully submitted,

SMILEY WANG-EKVALL, LLP

By:    */s/ Michael L. Simon*
     ROBERT S. MARTICELLO
     MICHAEL L. SIMON
     Attorneys for Jadelle Jewelry and Diamonds, LLC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Evidentiary Objections to Declaration of Peter Marco in Support of Petitioning Creditors' Motion for Appointment of Interim Chapter 7 Trustee** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **05/26/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Baruch C Cohen     bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Daniel A Lev     dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Robert S Marticello     Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Ronald N Richards     ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Neal Salisian     ECF@salisianlee.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **05/26/2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via First Legal:
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/26/2020 | Lynnette Garrett | /s/ Lynnette Garrett |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**