Daniel A. Lev (CA Bar No. 129622)
  dlev@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Petitioning Creditors

Ronald Richards (CA Bar No. 176246)
  ron@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone:  310.556.1001
Facsimile:  310.277.3325

Attorneys for Victor Franco Noval

Baruch C. Cohen (CA Bar No. 159455)
  baruchcohen@baruchcohenesq.com
Law Office of Baruch C. Cohen, APLC
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
Telephone:  323.937.4501
Facsimile: 888.316.6107

Attorneys for Peter Marco, LLC and First International Diamond, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-13530-BR |
| JADELLE JEWELRY AND DIAMONDS, LLC, | Chapter 7 |
| Alleged Debtor. | **EVIDENTIARY OBJECTIONS TO DECLARATION OF MARC S. WILLIAMS IN SUPPORT OF PETITIONING CREDITORS' REPLY TO PUTATIVE DEBTOR'S OPPOSITION TO PETITIONING CREDITORS' MOTION FOR APPOINTMENT OF INTERIM CHAPTER 7 TRUSTEE** |
| | DATE:    June 9, 2020<br>TIME:    10:00 a.m.<br>PLACE:   Courtroom "1668" |

DAL 2701956v1

VICTOR FRANCO NOVAL; PETER MARCO, LLC; and FIRST INTERNATIONAL DIAMOND, INC.,

        Petitioning Creditors,

  vs.

JADELLE JEWELRY AND DIAMONDS, LLC,

        Alleged Debtor.

Petitioning creditors, Victor Franco Noval ("Noval"), Peter Marco, LLC ("Marco"), and First International Diamond, Inc. ("First International" and together with Noval and Marco, the "Petitioning Creditors"), hereby submit their "Evidentiary Objections to Declaration of Marc S. Williams in Support of Petitioning Creditors' Reply to Putative Debtor's Opposition to Petitioning Creditors' Motion for Appointment of Interim Chapter 7 Trustee" (the "Evidentiary Objections"), in response to the "Declaration of Marc S. Williams in Support of Putative Debtor's Opposition to Petitioning Creditors' Motion for Appointment of Interim Chapter 7 Trustee" (the "Opposition"), filed by the alleged debtor Jadelle Jewelry and Diamonds, LLC (the "Debtor" or "Jadelle"), and represent as follows:

## I.

## **PREFATORY STATEMENT**

As part of its Opposition, the Debtor submitted the declaration of Marc S. Williams ("Williams"), the Debtor's and the Rechnitz's civil and criminal lawyer, in an effort to provide an evidentiary basis to oppose Petitioning Creditors' motion to appoint an interim trustee.[1]  However, the use of Williams' declaration as support for the Opposition

---

[1] Unless otherwise stated herein, the use of capitalized terms shall have the meaning ascribed to them in the "Notice of Motion and Petitioning Creditors' Motion for Appointment of Interim Chapter 7 Trustee; Memorandum of Points and Authorities in Support Thereof" (the "Motion") [Docket No. 12].

DAL 2701956v1                              2

fails dismally, as the declaration does nothing but attach irrelevant correspondence between himself as counsel for two of the petitioning creditors in an attempt to buttress the Debtor's allegation that a bona fide dispute exists. As the declaration seeks to introduce and authenticate irrelevant correspondence in violation of Rule 401 of the Federal Rules of Evidence, the declaration should be ignored.

## II.
## THE INADMISSIBLE STATEMENTS CONTAINED IN THE DECLARATION MUST BE STRICKEN BY THE COURT

Marc S. Williams' declaration is objectionable for the following reasons:

| Objectionable Testimony (Referenced by Paragraph number) | Basis for Objection |
|---|---|
| 2. Attached to the Index of Exhibits as Exhibit "8" is a true and correct copy of a letter dated March 9, 2020 that I received from Baruch Cohen, counsel to Peter Marco, LLC and First International Diamond, Inc. | **Lack of Relevance (FRE 401):** The hand-selected correspondence between counsel has no relevancy to the adjudicative issues regarding the amount of Marco's and/or First International's debts or whether they are in bona fide dispute. |
| 3. Attached to the Index of Exhibits as Exhibit "9" is a true and correct copy of a letter dated April 1, 2020 from me to Mr. Cohen. | **Lack of Relevance (FRE 401):** The hand-selected correspondence between counsel has no relevancy to the adjudicative issues regarding the amount of Marco's and/or First International's debts or whether they are in bona fide dispute. |
| 4. Attached the Index of Exhibits as Exhibit "10" is a true and correct copy of a letter dated April 3, 2020 that I received from Mr. Cohen. | **Lack of Relevance (FRE 401):** The hand-selected correspondence between counsel has no relevancy to the adjudicative issues regarding the amount of Marco's and/or First International's debts or whether they are in bona fide dispute. |

*[Remainder of page intentionally left blank]*

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

# III.

# **CONCLUSION**

Based on the foregoing, Petitioning Creditors respectfully requests that the inadmissible statements be stricken, and for such other and further relief as the Court deems just and proper under the circumstances.

DATED: June 2, 2020

**Sulmeyer**Kupetz
A Professional Corporation

By: /s/ *Daniel A. Lev*
Daniel A. Lev
Attorneys for Petitioning Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): EVIDENTIARY OBJECTIONS TO DECLARATION OF MARC S. WILLIAMS IN SUPPORT OF PETITIONING CREDITORS' REPLY TO PUTATIVE DEBTOR'S OPPOSITION TO PETITIONING CREDITORS' MOTION FOR APPOINTMENT OF INTERIM CHAPTER 7 TRUSTEE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 2, 2020  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) June 2, 2020 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 2, 2020 | Cheryl Caldwell | /s/ Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Daniel A Lev**    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- **Neal Salisian**    ECF@salisianlee.com
- **Michael Simon**    msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**