

FILED & ENTERED

JUN 10 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jadelle Jewelry and Diamonds LLC,<br><br><br><br><br><br><br><br>Debtor(s). | Case No.: 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**ORDER:**<br><br>**(1) DIRECTING RACHEL RECHNITZ AND JONA RECHNITZ TO FILE JOINT DECLARATION UNDER PENALTY OF PERJURY;**<br><br>**(2) SETTING DATE BY WHICH PETITIONING CREDITORS MAY CONTACT CREDITORS IDENTIFIED IN JOINT DECLARATION AND CONDUCT CERTAIN DISCOVERY;**<br><br>**(3) SETTING DATE FOR HEARING ON STATUS CONFERENCE; AND**<br><br>**(4) SETTING DATE FOR FILING OF JOINT STATUS REPORT PRIOR TO STATUS CONFERENCE**<br><br>Date:      June 9, 2020<br>Time:      10:00 a.m.<br>Courtroom: 1668 |

The Court held a hearing on June 9, 2020 on the following two motions: the "Putative Debtor's Motion to Dismiss Involuntary Petition and Request for Attorney's Fees, Costs and Damages" ("Motion to Dismiss"), filed by the debtor on May 1, 2020, and the "Petitioning Creditors' Notice of Motion and Motion for Appointment of Interim Chapter 7 Trustee" ("Trustee Appointment Motion") filed on May 19, 2020 by petitioning creditors Victor Franco Noval, Peter Marco, LLC and First International Diamond, Inc.

Robert S. Marticello, Esq. of Smiley, Wang-Ekvall, LLP appeared on behalf of the debtor. Ronald Richards of the Law Firm of Ronald L. Richards & Associates, APC, Baruch C. Cohen, APLC and Daniel A. Lev, Esq. of SulmeyerKupetz, A Professional Corporation, appeared on behalf of the petitioning creditors.

With respect to the debtor's Motion to Dismiss, the Court considered the Motion, the petitioning creditors' Opposition to the Motion, the debtor's Reply to the petitioning creditors' Opposition, and all pleadings related to the Motion, Opposition and Reply.

With respect to the petitioning creditors' Trustee Appointment Motion, the Court considered the Motion and all related pleadings including the separately filed declarations of Ronald Richards, Oved Anter, Victor Franco Noval, and Peter Marco, the debtor's Opposition to the Motion, the petitioning creditors' Reply to the debtor's Opposition, and all other pleadings related to the Motion, Opposition and Reply.

The Court also considered the debtor's separately filed declarations of Levin Prado and Marc Williams in Opposition to the Trustee Appointment Motion, the debtor's evidentiary objections to the declarations of Oved Anter, Victor Franco Noval, Peter Marco and Ronald Richards, the petitioning creditors' evidentiary objections to the debtor's Request for Judicial Notice, and all other pleadings related to the Motion, Opposition and Reply.

At the June 9 hearing, the Court ruled on the record on all of the evidentiary objections and heard argument and representations of counsel. After consideration of all of the above, the Court **HEREBY ORDERS AS FOLLOWS**:

1. Rachel Rechnitz and Jona Rechnitz (collectively, the "Rechnitz's") must file a joint declaration, sworn under penalty of perjury, which identifies each and every one of the debtor's creditors as of the date of the filing of the involuntary petition on April 6, 2020. The joint declaration shall include, without limitation, the following information with respect to each creditor identified therein:

   a. the name of the creditor;

   b. the nature of the debt owed to the creditor (*e.g.*, consigned jewelry, rent due and owing, etc.);

   c. the amount of the creditor's claim;

   d. whether the creditor's claim is disputed and, if so, the nature of the dispute; and

   e. complete contact information for each creditor including, but not limited to, the creditor's address, telephone number, cell phone number (if known), fax number (if applicable), and email address (if known);

2. The Rechnitz's shall have seven (7) days from the date of this hearing (*i.e.,* no later than 3:00 p.m. on Tuesday, June 16, 2020) to file their joint declaration with the Court and serve the declaration on counsel for the petitioning creditors;

3. If the Rechnitz's fail to file the joint declaration by that date and time, the Court will deny the debtor's Motion to Dismiss and immediately enter an order

Case 2:20-bk-13530-BR   Doc 39   Filed 06/10/20   Entered 06/10/20 13:01:33   Desc
Main Document   Page 4 of 4

for relief in this case. The entry of such an order for relief will render both the pending Motion to Dismiss and Trustee Appointment Motion moot;

4. If the Rechnitz's file the joint declaration by the required date and time, then:

    a.  The petitioning creditors shall have sixty (60) days from the date of this hearing (*i.e.*, no later than 3:00 p.m. on August 14, 2020) to contact the creditors listed in the joint declaration to determine if any of them are willing to join in the involuntary petition;

    b. The petitioning creditors shall have the same sixty (60) day period within which to conduct discovery of the creditors listed in the joint declaration, which discovery shall be limited solely to questions regarding the nature and amount of the creditor's claim and, if the creditor's claim is listed in the joint declaration as disputed, the nature of such dispute;

    c. The Court shall hold a status conference on this involuntary case on August 25, 2020 at 10:00 a.m., and

    d. The parties shall file a joint status report seven (7) days prior to the status conference (*i.e.*, no later than 3:00 p.m. on August 18, 2020).

**IT IS SO ORDERED.**

**###**

Date: June 10, 2020

Barry Russell
United States Bankruptcy Judge