**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:    714 445-1002

Attorneys for Jadelle Jewelry and Diamonds, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>Putative Debtor. | Case No. 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**DECLARATION OF ROBERT S. MARTICELLO IN SUPPORT OF PUTATIVE DEBTOR'S EMERGENCY MOTION FOR (1) RECONSIDERATION OF THE COURT'S ORDER, OR (2) ALTERNATIVELY, A STAY OF THE BANKRUPTCY CASE**<br><br>**HEARING:**<br>**DATE:**    **To Be Determined**<br>**TIME:**    **To Be Determined**<br>**CTRM:**    **1668**<br>           **255 E. Temple Street**<br>           **Los Angeles, CA 90012** |

I, Robert S. Marticello, declare as follows:

1.   I am a partner with Smiley Wang-Ekvall, LLP (the "Firm"), bankruptcy counsel for Jadelle Jewelry and Diamonds, LLC ("Jadelle"), the putative debtor, in the above-captioned case. I am admitted to practice before this Court. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the *Putative*

2822207.1                                                                                                                           DECLARATION

1  *Debtor's Emergency Motion for (1) Reconsideration of the Court's Order, or (2) Alternatively, a Stay of the Case* (the "Motion").  All capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion;

2. The order of the Court entered on June 10, 2020 [Docket No. 39] (the "Order") requires the filing of a joint declaration by 3:00 p.m. on Tuesday, June 16, 2020, and provides that if the required declaration is not filed, then the Court will enter the order for relief.  The Order resulted from hearings on June 9, 2020.  As there has only been a week between the hearing that resulted in the Order and the filing deadline for the declaration, I do not believe that Jadelle could have reasonably been expected to file the Motion at an earlier time.

3. Attached to the concurrently-filed Index of Exhibits as Exhibit "1" is a true and correct copy of the *Transcript of June 9, 2020: Status Conference re Involuntary Petition; Hearing Re: Motion of Putative Debtor's Motion to Dismiss Involuntary Petition and Request for Attorney's Fees, Costs, and Damages; and Hearing Re: Creditors' Motion for Appointment of Interim Chapter 7 Trustee* that I caused my firm to obtain from Ben Hyatt Certified Deposition Reporters.

4. Attached to the concurrently-filed Index of Exhibits as Exhibit "4" is a true and correct copy of an email I received from Mr. Ronald Richards on June 11, 2020, and the attachments to that email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 15, 2020

SMILEY WANG-EKVALL, LLP

By:  */s/ Robert S. Marticello*
Robert S. Marticello
Attorneys for Alleged Debtor, Jadelle Jewelry and Diamonds, LLC.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2822207.1

2

DECLARATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Robert S. Marticello in Support of Putative Debtor's Emergency Motion for (1) Reconsideration of the Court's Order, or (2) Alternatively, a Stay of the Bankruptcy Case**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **06/15/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Baruch C Cohen     bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Daniel A Lev     dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Robert S Marticello     Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Ronald N Richards     ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Neal Salisian     ECF@salisianlee.com
- Michael Simon     msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **06/15/2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via First Legal:
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/15/2020 | Lynnette Garrett | */s/ Lynnette Garrett* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**