**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Jadelle Jewelry and Diamonds, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:20-bk-13530-BR |
| JADELLE JEWELRY AND DIAMONDS, LLC, | Chapter 7 |
| Putative Debtor. | **DECLARATION OF MICHAEL V SCHAFLER IN SUPPORT OF THE PUTATIVE DEBTOR'S EMERGENCY MOTION FOR (1) RECONSIDERATION OF THE COURT'S ORDER, OR (2) ALTERNATIVELY, A STAY OF THE BANKRUPTCY CASE** |
| | **HEARING:**<br>**DATE:    TBD**<br>**TIME:    TBD**<br>**CTRM:    1668**<br>**255 E. Temple Street**<br>**Los Angeles, CA 90012** |

2828376.1                                                                                                    DECLARATION

# DECLARATION OF MICHAEL V SCHAFLER

I, Michael V Schafler, declare as follows:

1. I am over the age of eighteen and am an attorney duly licensed to practice law in the State of California. I am a partner at Cohen Williams LLP and I represent Jona Rechnitz and Rachel Rechnitz (collectively, the "Rechnitz Parties") in connection with a criminal investigation by the United States Attorney's Office for the Central District of California. My firm also represents Putative Debtor Jadelle Jewelry and Diamonds, LLC ("Jadelle"), in connection with several civil matters, including those brought in other courts by certain of the ineligible petitioners in this case.

2. I respectfully make this declaration on behalf of Mr. Rechnitz and Ms. Rechnitz and in support of Jadelle's motion for either (1) reconsideration of the Court's order entered on June 10, 2020 or, alternatively, a stay of the bankruptcy case (the "Motion"). This declaration is based upon my personal knowledge and based on the files and records in this case. If called upon to testify as to the matters set forth in this declaration, I could and would do so.

3. My partner, Reuven L. Cohen, has previously submitted, both to the Superior Court for the County of Los Angeles and the United States District Court of the Central District of California, multiple declarations (the "Cohen Declarations") that provide an overview of the basis for the assertion of the Fifth Amendment privilege and a stay of civil proceedings pursuant to that right. The Cohen Declarations indicate the following:

   a. On February 4, 2020, Mr. Cohen learned that Victor Franco Noval ("Noval"), one of the Ineligible Creditors (as defined the Motion) in the involuntary bankruptcy matter, filed a police report with the Beverly Hills Police Department ("BHPD") concerning the allegations made in his civil lawsuit against Jadelle and the Rechnitz Parties.

   b. On February 7, 2020, Mr. Cohen spoke with Detective Diamond of the BHPD. Detective Diamond confirmed that the BHPD had received complaints regarding Mr. Rechnitz's jewelry business and referred the

    matter to the Federal Bureau of Investigation ("FBI") for criminal investigation.

  c. Following that confirmation, Mr. Cohen reached out to the United States Attorney's Office ("USAO") regarding the status of any such investigation and the USAO's position, if any, on our request for a stay of civil proceedings. The USAO advised Mr. Cohen that they typically do not publicly confirm or deny the existence of any investigation, but, because public disclosure of facts related to this matter may adversely impact any investigation, the USAO informed Mr. Cohen that it supported the request for a stay with respect to the civil proceedings. The USAO further agreed Mr. Cohen could advise the Los Angeles Superior Court and the United States District Court of the ongoing nature of its investigation.

For this Court's convenience, I attach and incorporate by reference the Cohen Declarations: Exhibit "A" (March 3, 2020); Exhibit "B" (May 18, 2020); and Exhibit "C" (June 1, 2020).

4. Over the last two months, I have had multiple discussions with federal prosecutors relative to this matter. My primary point of contact has been Assistant United States Attorney Joseph Axelrad. Over the course of those discussions, including my most recent discussion with Mr. Axelrad on Wednesday June 10, 2020, I have learned the following, which I believe supports staying the bankruptcy case as requested in the Motion:

  a. In connection with an ongoing criminal investigation, the USAO and FBI are investigating conduct related to the jewelry business operated through Jadelle.

  b. The government's investigation includes the allegations that are the subject of and included in the civil complaints filed by Peter Marco LLC and Noval.

  c. Mr. Rechnitz is presently a subject of the government's investigation.

    d.    The government's ongoing investigation goes beyond Mr. Rechnitz's conduct and includes other individuals. The government does not wish to publicly disclose the nature and scope of its investigation.

    e.    Mr. Rechnitz may soon be subpoenaed to testify before the grand jury and the government understands that Mr. Rechnitz may assert his Fifth Amendment privilege to decline to testify.

    f.    The government is aware of the bankruptcy proceedings (in addition to the other civil actions) and this Court's oral ruling on June 10, it understands that Jadelle is seeking a stay based on Mr. Rechnitz's Fifth Amendment privilege, and it does not oppose Mr. Rechnitz's assertion of his Fifth Amendment privilege in this case or in the civil lawsuits.

    g.    The government's investigation is ongoing.

5. If Ms. Rechnitz were to be called as a witness, she would for many of the same reasons assert her Fifth Amendment privilege and marital privilege to decline to answer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2020, at La Quinta, California.

By: _____
     Michael V Schafler

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002


# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Michael V Schafler in Support of the Putative Debtor's Emergency Motion for (1) Reconsideration of the Court's Order, or (2) Alternatively, a Stay of the Bankruptcy Case**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **06/15/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Baruch C Cohen     bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Daniel A Lev     dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Robert S Marticello     Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Ronald N Richards     ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Neal Salisian     ECF@salisianlee.com
- Michael Simon     msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **06/15/2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via First Legal:
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/15/2020 | Lynnette Garrett | */s/ Lynnette Garrett* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**