Daniel A. Lev (CA Bar No. 129622)
  dlev@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Petitioning Creditors

Ronald Richards (CA Bar No. 176246)
  ron@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone: 310.556.1001
Facsimile: 310.277.3325

Attorneys for Victor Franco Noval

Baruch C. Cohen (CA Bar No. 159455)
  baruchcohen@baruchcohenesq.com
Law Office of Baruch C. Cohen, APLC
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
Telephone: 323.937.4501
Facsimile: 888.316.6107

Attorneys for Peter Marco, LLC and First International Diamond, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>Alleged Debtor. | Case No. 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**DECLARATION OF DANIEL A. LEV IN SUPPORT OF ORDER (1) DENYING PUTATIVE DEBTOR'S MOTION TO DISMISS INVOLUNTARY PETITION AND REQUEST FOR ATTORNEY'S FEES, COSTS, AND DAMAGES AND (2) ENTERING ORDER FOR RELIEF AGAINST PUTATIVE DEBTOR**<br><br>DATE:     June 9, 2020<br>TIME:     10:00 a.m.<br>PLACE:   Courtroom "1668" |

DAL 2702839v1

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

| | |
|---|---|
| VICTOR FRANCO NOVAL; PETER MARCO, LLC; and FIRST INTERNATIONAL DIAMOND, INC., | |
| Petitioning Creditors, | |
| vs. | |
| JADELLE JEWELRY AND DIAMONDS, LLC, | |
| Alleged Debtor. | |

I, Daniel A. Lev, declare and state as follows:

1.    I am a member of the State Bar of California and am duly authorized to practice before this Court. I am a member of the law firm of **Sulmeyer**Kupetz, A Professional Corporation, and one of the attorneys principally responsible for the representation of petitioning creditors, Victor Franco Noval ("Noval"), Peter Marco, LLC ("Marco"), and First International Diamond, Inc. ("First International" and together with Noval and Marco, the "Petitioning Creditors"), in the above-captioned case.

2.    On June 9, 2020, the "Putative Debtor's Motion to Dismiss Involuntary Petition and Request for Attorney's Fees, Costs, and Damages; and Memorandum of Points and Authorities in Support" (the "Motion"), filed by the putative debtor Jadelle Jewelry and Diamonds, LLC (the "Debtor" or "Jadelle"), came on for its regularly scheduled hearing before the Honorable Barry Russell, United States Bankruptcy Judge, presiding. I personally attended the hearing on behalf of Petitioning Creditors. At the conclusion of the hearing, the Court pronounced its ruling on the Motion, and stated that it would prepare the substantive order itself.

3.    On June 10, 2020, the Court entered its "Order: (1) Directing Rachel Rechnitz and Jona Rechnitz to File Joint Declaration Under Penalty of Perjury; (2) Setting Date By Which Petitioning Creditors May Contact Creditors Identified In Joint Declaration and Conduct Certain Discovery; (3) Setting Date for Hearing On Status Conference; and

DAL 2702839v1      2

(4) Setting Date for Filing of Joint Status Report Prior to Status Conference" (the "June 10 Order") [Docket No. 39]. According to the June 10 Order, the Debtor, among other things, was required to file, no later than 3:00 p.m., PST, on June 16, 2020, declarations of Rachel Rechnitz and Jona Rechnitz (collectively, the "Rechnitz's"), sworn under penalty of perjury, which identifies each and every one of the Debtor's creditors as of the date of the filing of the involuntary petition on April 6, 2020, including, without limitation, the following information with respect to each creditor identified therein: (a) the name of the creditor; (b) the nature of the debt owed to the creditor (e.g., consigned jewelry, rent due and owing, etc.); (c) the amount of the creditor's claim; (d) whether the creditor's claim is disputed and, if so, the nature of the dispute; and (e) complete contact information for each creditor including, but not limited to, the creditor's address, telephone number, cell phone number (if known), fax number (if applicable), and email address (if known).

    4.    According to the June 10 Order, if the Debtor violated the June 10 Order by, among other things, failing to timely file the Rechnitz's declarations or failing to file the Rechnitz's declarations according to the strict provisions of the June 10 Order, then the Court would enter an order denying the Motion and entering an order for relief against the Debtor under chapter 7 of title 11 of the United States Code as of the petition date.

*[Remainder of page intentionally left blank]*

5.    On June 16, 2020, at 3:01 p.m., PST, I checked the docket for the Debtor's case and determined that the Debtor violated the June 10 Order by failing to file the Rechnitz's declarations as required.  Therefore, the Court should enter an order, which has been lodged concurrently herewith, denying the Motion and entering an order for relief against the Debtor under chapter 7 of title 11 of the United States Code as of the petition date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of June, 2020, at Los Angeles, California.

/s/ *Daniel A. Lev*
Daniel A. Lev

DAL 2702839v1

4