Form ofri–(orlf7,orlf11,iors) VAN–93
Rev. 12/2015

# United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

## ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES, STATEMENTS AND LIST(S)

**DEBTOR(S) INFORMATION:**

Jadelle Jewelry And Diamonds LLC a Delaware
limited liability company
dba Jadelle Inc
**SSN:** N/A
**EIN:** 00–0000000

9454 Wilshire Blvd
Penthouse 01
Beverly Hills, CA 90212

**BANKRUPTCY NO.**  2:20–bk–13530–BR
**CHAPTER**  7

Order/Notice to the parties in interest:

An involuntary Chapter 7 petition having been filed against the above–named debtor on April 6, 2020

☐  Debtor consented to the entry of an order of relief.

☐  No pleading or other defense to the petition having been filed within 21 days after service of the summons (or within any longer period of time precibed by the Court), an Order for Relief is hereby issued against the debtor.

Debtor is ordered to file within **seven** days after entry of this order for relief, a list containing the name and address of each entity included on Schedule D, E/F, G, and H as prescribed by the Official Forms (Federal Rule of Bankruptcy Procedure 1007 (a)(2)).

Debtor is also ordered to file schedules, statement and Statement About Your Social Security Numbers (Official Form B121) referred to in Federal Rule of Bankruptcy Procedure 1007(a),(c) and (f) within 14 days after entry of this Order For Relief.

For The Court,

Dated: June 16, 2020

**Kathleen J. Campbell**
Clerk of Court