**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Jadelle Jewelry and Diamonds,
LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re

JADELLE JEWELRY AND DIAMONDS,
LLC,

                                    Debtor.

Case No. 2:20-bk-13530-BR

Chapter 7

**DECLARATION OF ROBERT S. MARTICELLO IN SUPPORT OF DEBTOR'S EMERGENCY MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8007 FOR A STAY PENDING APPEAL**

I, Robert S. Marticello, declare as follows:

1.      I am a partner with Smiley Wang-Ekvall, LLP (the "Firm"), bankruptcy counsel for Jadelle Jewelry and Diamonds, LLC ("Jadelle"), in the above-captioned case. I am admitted to practice before this Court. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the *Debtor's Emergency Motion Pursuant to Federal Rule of Bankruptcy Procedure 8007 for a Stay Pending Appeal* (the "Motion"). All capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2822207.1                                                                 DECLARATION

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1    2.    On June 16, 2020, the Court entered the *Order for Relief and Order to File*

2  *Schedules, Statements and List(s)* [Docket No. 55].

3    3.    Attached to the concurrently-filed Index of Exhibits as Exhibit "7" is a true and

4  correct copy of the *Transcript of June 9, 2020: Status Conference re Involuntary Petition;*

5  *Hearing Re: Motion of Putative Debtor's Motion to Dismiss Involuntary Petition and Request for*

6  *Attorney's Fees, Costs, and Damages; and Hearing Re: Creditors' Motion for Appointment of*

7  *Interim Chapter 7 Trustee* that I caused my firm to obtain from Ben Hyatt Certified Deposition

8  Reporters.

9    4.    Attached to the concurrently-filed Index of Exhibits as Exhibit "9" is a true and

10  correct copy of an email I received from Mr. Ronald Richards on June 11, 2020, and the

11  attachments to that email.

12    5.    Attached to the concurrently-filed Index of Exhibits as Exhibit "12" is a true and

13  correct copy of a letter I received from Mr. Sam Leslie, the chapter 7 trustee in the above-

14  captioned case, on June 18, 2020.

15    I declare under penalty of perjury under the laws of the United States of America that the

16  foregoing is true and correct.

17

18  DATED:  June 19, 2020                SMILEY WANG-EKVALL, LLP

19

20                                By:    */s/ Robert S. Marticello*
                                       _____
21                                     Robert S. Marticello
                                       Attorneys for Debtor, Jadelle Jewelry and
22                                     Diamonds, LLC.

23

24

25

26

27

28

2822207.1                              2                              DECLARATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Robert S. Marticello in Support of Debtor's Emergency Motion Pursuant to Federal Rule of Bankruptcy Procedure 8007 for Stay Pending Appeal** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **06/19/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Sam S Leslie (TR)    sleslie@trusteeleslie.com, sleslie@iq7technology.com;trustee@trusteeleslie.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Neal Salisian    ECF@salisianlee.com
- Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **06/19/2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Via First Legal:
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/19/2020 | Lynnette Garrett | */s/ Lynnette Garrett* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**