**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  714 445-1000
Facsimile:   714 445-1002

Attorneys for Jadelle Jewelry and Diamonds, LLC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>    Debtor. | Case No. 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**DEBTOR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEBTOR'S EMERGENCY MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8007 FOR STAY PENDING APPEAL**<br><br>**HEARING:**<br>**DATE:**  **To Be Determined**<br>**TIME:**  **To Be Determined**<br>**CTRM:**  **1668**<br>       **255 E. Temple Street**<br>       **Los Angeles, CA 90012** |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to Federal Rule of Evidence 201, Jadelle Jewelry and Diamonds, LLC, the debtor ("Jadelle"), hereby requests that the Court take judicial notice of the following filings, dockets and assertions therein in support of the *Debtor's Emergency Motion Pursuant to Federal Rule of Bankruptcy Procedure 8007 For Stay Pending Appeal.*

1.    The Court's June 10, 2020 *Order: (1) Directing Rachel Rechnitz and Jona Rechnitz to File Joint Declaration Under Penalty of Perjury; (2) Setting Date by Which Petitioning Creditors May Contact Creditors Identified In Joint Declaration and Conduct Certain Discovery;*

*(3) Setting Date for Hearing on Status Conference; and (4) Setting Date for Filing of Joint Status Report Prior to Status Conference* [Docket No. 39], a true and correct copy of which is attached to the concurrently filed Index of Exhibits as Exhibit "1";

      2.    The Court's June 16, 2020 *Order Denying "Putative Debtor's Emergency Motion for (1) Reconsideration of the Court's Order, or (2) Alternatively, a Stay of the Bankruptcy Case* [Docket No. 53], a true and correct copy of which is attached to the concurrently filed Index of Exhibits as Exhibit "2";

      3.    The Court's June 16, 2020 *Order Directing Clerk of Court to Immediately Enter an Order for Relief Under Chapter 7, and Requiring the Debtor to File All Schedules and Related Documentation for a Chapter 7 Case Within Fourteen Days of the Entry of this Order* [Docket No. 54], a true and correct copy of which is attached to the concurrently filed Index of Exhibits as Exhibit "3";

      4.    The Court's June 16, 2020 *Order for Relief and Order to File Schedules, Statements and List(s)* [Docket No. 55], a true and correct copy of which is attached to the concurrently filed Index of Exhibits as Exhibit "4";

      5.    The *Involuntary Petition* [Docket No. 1], a true and correct copy of which is attached to the concurrently filed Index of Exhibits as Exhibit "5";

      6.    The *Putative Debtor's Motion to Dismiss Involuntary Petition and Request for Attorney's Fees, Costs, and Damages* [Docket No. 8], a true and correct copy of which is attached to the concurrently filed Index of Exhibits as Exhibit "6";

      7.    The *Supplemental Declaration of Baruch C. Cohen Regarding Third Party Defendants' Motion for Stay of Proceedings* [Docket No. 61], USDC Case No. 2:20-cv-02580-ODW-AS, a true and correct copy of which is attached to the concurrently filed Index of Exhibits as Exhibit "8"; and

      8.    The verified complaint filed by Victor Franco Noval in *Noval v. Rechnitz, et al.*, a true and correct copy of which is attached to the concurrently filed Index of Exhibits as Exhibit "10";

1    9.    The *Putative Debtor's Emergency Motion for (1) Reconsideration of the Court's Order, or (2) Alternatively, a Stay of the Bankruptcy Case* [Docket No. 44], a true and correct copy of which is attached to the concurrently filed Index of Exhibits as Exhibit "11";

10.    The case docket in 2:20-bk-13530-BR as of June 19, 2020, a true and correct copy of which is attached to the concurrently filed Index of Exhibits as Exhibit "13";

11.    The *Putative Debtor's Reply to Petitioning Creditors' Opposition to Putative Debtors' Motion to Dismiss Involuntary Petition and Request for Attorney's Fees, Costs, and Damages* [Docket No. 36], a true and correct copy of which is attached to the concurrently filed Index of Exhibits as Exhibit "14"; and

12.    Excerpt from Petitioning Creditor's Opposition to Motion to Dismiss [Docket No. 15].

Respectfully submitted,

DATED: June 19, 2020    SMILEY WANG-EKVALL, LLP

By:    */s/ Robert S. Marticello*
ROBERT S. MARTICELLO
MICHAEL L. SIMON
Attorneys for Jadelle Jewelry and Diamonds, LLC.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Request for Judicial Notice in Support of Debtor's Emergency Motion Pursuant to Federal Rule of Bankruptcy Procedure 8007 for Stay Pending Appeal** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **06/19/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Sam S Leslie (TR)    sleslie@trusteeleslie.com, sleslie@iq7technology.com;trustee@trusteeleslie.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Neal Salisian    ECF@salisianlee.com
- Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **06/19/2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via First Legal:
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/19/2020 | Lynnette Garrett | */s/ Lynnette Garrett* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**