FILED & ENTERED

JUN 30 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>Debtor(s). | Case No.: 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**ORDER DENYING DEBTOR'S "EMERGENCY MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8007 FOR STAY PENDING APPEAL"**<br><br>[NO HEARING REQUIRED] |

Based on the Memorandum of Decision on the debtor's "Emergency Motion Pursuant to Federal Rule of Bankruptcy Procedure 8007 for Stay Pending Appeal," entered contemporaneously herewith, **IT IS HEREBY ORDERED** that the Emergency Motion is **DENIED**.

IT IS SO ORDERED.

###

Date: June 30, 2020

_____
Barry Russell
United States Bankruptcy Judge

-1-