**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:   714 445-1002

Attorneys for Jadelle Jewelry and Diamonds, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>Putative Debtor. | Case No. 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**STATEMENT RE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS** |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Jadelle Jewelry and Diamonds, LLC, the debtor (the "Debtor"), is unable to prepare and file the schedules and statement of financial affairs required by Federal Rule of Bankruptcy Procedure 1007(b)(1) because the individual who has access to the information to prepare, and who would prepare, sign, and verify, such schedules and statement has been advised by counsel (Cohen Williams LLP) to decline to answer based on the Fifth Amendment privilege against self-incrimination.  However, below is certain information required by the Schedule A/B and/or the Statement of Financial Affairs that is publically available:

///

///

///

2822846.1                                                                                                                           STATEMENT

**Schedule A/B, Part 1 Checking, savings, money market, or financial brokerage accounts; Statement of Financial Affairs Part 10: Financial Accounts, Safe Deposit Boxes, Storage Units**

| Name of Institution | Last 4 digits of account number | Type of Account |
|---|---|---|
| Wells Fargo | 1313 | Checking |

**Statement of Financial Affairs, Part 3: Legal Actions or Assignments**

| Case Title and Number | Nature of Case | Court of Agency's Name and Address | Status of Case |
|---|---|---|---|
| Victor Franco Noval v. Jona Rechnitz, et al., Case No. 20SMCV00216 | Civil lawsuit. | Superior Court of the State of California for the County of Los Angeles – West District | Pending. |
| Khaled J. Al-Sabah, et al. v. Victorino Noval, et al., Case No. 19STCV42446 | Civil lawsuit. A motion for leave to file an amended complaint adding the Debtor was filed prior to the entry of the order for relief. | Superior Court of the State of California In and for the County of Los Angeles – Central District | Pending. |
| Israel Sam Gorodistian v. Jadelle, et al., Case No. 20STCV07425 | Civil lawsuit. | Superior Court of the State of California for the County of Los Angeles – Central District | Pending. |

DATED: June 30, 2020

SMILEY WANG-EKVALL, LLP

By: */s/ Robert S. Marticello*
ROBERT S. MARTICELLO
Attorneys for Jadelle Jewelry and Diamonds, LLC.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2822846.1                    2                    STATEMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Statement re Schedules and Statement of Financial Affairs** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **06/30/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Sam S Leslie (TR)    sleslie@trusteeleslie.com, sleslie@iq7technology.com;trustee@trusteeleslie.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Neal Salisian    ECF@salisianlee.com
- Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/30/2020 | Lynnette Garrett | */s/ Lynnette Garrett* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**