**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Jadelle Jewelry and Diamonds, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>Putative Debtor. | Case No. 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**DECLARATION OF ROBERT S. MARTICELLO REGARDING STATEMENT OF COMPENSATION PURSUANT TO 11 U.S.C. § 329(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016(b)** |

I, Robert S. Marticello, declare as follows:

1. I am a partner with Smiley Wang-Ekvall, LLP (the "Firm"). I am admitted to practice before this Court. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration as the statement of compensation pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b).

2. The Firm was retained by Jadelle Jewelry and Diamonds, LLC ("Jadelle"), to represent it in defending against the involuntary petition [Docket No. 1] filed on April 6, 2020. For its services, the Firm agreed to be paid on an hourly basis.

3. Prior to the filing of this declaration, the Firm has received $46,944.35 as follows: (a) $5,000.00 via wire from Jadelle on April 20, 2020; and (b) $41,944.35 by check dated June 16, 2020 from Cohen Williams LLP, the source of which I understand was a non-debtor third party, who is neither Jona Rechnitz nor Rachel Rechnitz. For services rendered through May 31, 2020 and without deducting the payments discussed in the preceding sentence, the amount due to the Firm was $104,914.09. This sum does not include work-in-progress and services that have not yet been reduced to an invoice, such as, the services for June 2020.

4. It is my understanding that the unpaid balance owed to the Firm and further services by the Firm within the scope of its existing engagement, or as such engagement may be expanded or amended, will be paid by the same non-debtor third party source discussed in paragraph 3 above.

5. The Firm has not agreed to share the above-disclosed compensation with any other persons unless they are members or regular associates of the Firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 30, 2020

SMILEY WANG-EKVALL, LLP

By: */s/ Robert S. Marticello*
Robert S. Marticello
Attorneys for Jadelle Jewelry and Diamonds, LLC

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Robert S. Marticello Regarding Statement of Compensation Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **06/30/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Sam S Leslie (TR)    sleslie@trusteeleslie.com, sleslie@iq7technology.com;trustee@trusteeleslie.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Neal Salisian    ECF@salisianlee.com
- Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/30/2020 | Lynnette Garrett | */s/ Lynnette Garrett* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**