FILED & ENTERED

JUL 01 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JADELLE JEWELRY AND DIAMONDS LLC,<br><br><br><br><br><br>Debtor(s). | Case No.: 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**ORDER VACATING (1) CONTINUED STATUS CONFERENCE ON CHAPTER 7 CASE, AND (2) CONTINUED HEARING ON PETITIONING CREDITORS' MOTION FOR APPOINTMENT OF INTERIM CHAPTER 7 TRUSTEE**<br><br>Date:  August 25, 2020<br>Time:  10:00 a.m.<br>Courtroom:  1668 |

The Court held a hearing on the "Putative Debtor's Motion to Dismiss Involuntary Petition [etc.]" ("Motion to Dismiss") (docket no. 8) and the "Petitioning Creditors' Notice of Motion and Motion for Appointment of Interim Chapter 7 Trustee" ("Trustee Appointment Motion") (docket no. 12) on June 9, 2020. At the conclusion of the hearing, the Court ruled, *inter alia*, that:

-1-

  (1) Rachel and Jona Rechnitz (collectively, the "Rechnitz's") must file a joint declaration under penalty of perjury no later than 3:00 p.m. on June 16, 2020 identifying, *inter alia*, each of the debtor's creditors, the creditors' full contact data, and other specified information;

  (2) If the Rechnitz's failed to file the joint declaration by the stated date and time, the Court would deny the debtor's pending Motion to Dismiss and immediately enter an order for relief in this case;

  (3) The entry of an order for relief would render moot both the debtor's pending Motion to Dismiss and the petitioning creditors' pending Trustee Appointment Motion; and

  (4) If the Rechnitz's timely filed the required joint declaration, the Court would continue the status conference on the involuntary case to August 25, 2020 at 10:00 a.m.

See "Order: (1) Directing Rachel Rechnitz and Jona Rechnitz to File Joint Declaration Under Penalty of Perjury . . ." ("June 10, 2020 Order") (docket no. 39). The Court also ruled that the Trustee Appointment Motion would be continued to August 25, 2020 at 10:00 a.m. if the Rechnitz's failed to timely file the joint declaration.

On June 15, 2020, the debtor filed an "Emergency Motion for (1) Reconsideration of the Court's [June 10, 2020] or (2) Alternatively, a Stay of the Bankruptcy Case" ("Emergency Motion"). The Rechnitz's failed to timely file the required joint declaration on June 16, 2020. The Court entered an order denying the Emergency Motion (docket no. 53), and an order directing the Clerk of Court to immediately enter an order for relief under chapter 7 (docket no 54) on June 16, 2020. The Clerk of Court entered an Order for Relief on the same date (docket no. 55).

The entry of the Court's order denying the Emergency Motion and the Clerk of Court's Order for Relief have rendered the Motion to Dismiss and the Trustee Appointment Motion moot. Accordingly, the hearings on the continued status conference and the Trustee Appointment Motion currently scheduled for August 25,

2020 at 10:00 a.m. are **HEREBY VACATED**.

**IT IS SO ORDERED.**

###

Date: July 1, 2020

_____
Barry Russell
United States Bankruptcy Judge