Daniel A. Lev (CA Bar No. 129622)
  dlev@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Appellees, Victor Franco Noval, Peter Marco, LLC, and First International Diamond, Inc.

Ronald Richards (CA Bar No. 176246)
  ron@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone:  310.556.1001
Facsimile:  310.277.3325

Attorneys for Appellee, Victor Franco Noval

Baruch C. Cohen (CA Bar No. 159455)
  baruchcohen@baruchcohenesq.com
Law Office of Baruch C. Cohen, APLC
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
Telephone:  323.937.4501
Facsimile: 888.316.6107

Attorneys for Appellees, Peter Marco, LLC and First International Diamond, Inc.

# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>Debtor. | BAP No. CC-20-1153<br><br>Case No. 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**STATEMENT OF ELECTION PURSUANT TO 28 U.S.C. § 158(c) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 8001(e) TO HAVE APPEAL HEARD BY UNITED STATES DISTRICT COURT**<br><br>DATE:<br>TIME:    No Hearing Required<br>PLACE: |

DAL 2703818v1

|   |   |
|---|---|
| 1 | |
| 2 | JADELLE JEWELRY AND DIAMONDS, LLC, |
| 3 | Appellant, |
| 4 | vs. |
| 5 | VICTOR FRANCO NOVAL; PETER MARCO, LLC; and FIRST |
| 6 | INTERNATIONAL DIAMOND, INC., et al., |
| 7 | Appellees. |

**TO THE CLERK OF THE COURT, APPELLANT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that appellees Victor Franco Noval ("Noval"), Peter Marco, LLC ("Marco"), and First International Diamond, Inc. ("First International" and together with Noval and Marco, the "Appellees"), hereby elect to have appellant Jadelle Jewelry and Diamonds, LLC's appeal of the (i) "Order: (1) Directing Rachel Rechnitz and Jona Rechnitz to File Joint Declaration Under Penalty of Perjury; (2) Setting Date By Which Petitioning Creditors May Contact Creditors Identified in Joint Declaration and Conduct Certain Discovery; (3) Setting Date for Hearing On Status Conference; and (4) Setting Date for Filing of Joint Status Report Prior to Status Conference," entered by the United States Bankruptcy Court, Central District of California, Los Angeles Division, on June 10, 2020 [Docket No. 39], (ii) "Order Denying 'Putative Debtor's Emergency Motion for (1) Reconsideration of the Court's Order, or (2) Alternatively, A Stay of the Bankruptcy Case,'" entered by the United States Bankruptcy Court, Central District of California, Los Angeles Division, on June 16, 2020 [Docket No. 53], (iii) "Order Directing Clerk of Court to Immediately Enter An Order for Relief Under Chapter 7, and Requiring the Debtor to File All Schedules and Related Documentation for a Chapter 7 Case Within Fourteen Days of the Entry of This Order," entered by the United States Bankruptcy Court, Central District of California, Los Angeles Division, on June 16, 2020 [Docket No.

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  54], and (iv) "Order for Relief and Order to File Schedules, Statements and List(s),"
2  entered by the United States Bankruptcy Court, Central District of California, Los Angeles
3  Division, on June 16, 2020 [Docket No. 55], heard by the United States District Court,
4  Central District of California.

5  DATED: July 9, 2020            **Sulmeyer**Kupetz
                                   A Professional Corporation

8                                  By: /s/ *Daniel A. Lev*  _____
9                                      Daniel A. Lev
                                       Attorneys for Victor Franco Noval, Peter
                                       Marco, LLC, and First International Diamond,
10                                     Inc.

11 DATED: July 9, 2020            Law Offices of Ronald Richards & Associates, APC

14                                 By: /s/ *Ronald Richards*  _____
                                       Ronald Richards
15                                     Attorneys for Victor Franco Noval

DAL 2703818v1                      3

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** CC 20-1153

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**
[ ] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**
[X] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

| | |
|---|---|
| Rachel Rechnitz<br>9533 Sawyer Street<br>Los Angeles, CA 90035 | Jona Rechnitz<br>9533 Sawyer Street<br>Los Angeles, CA 90035 |
| Sam S. Leslie<br>3435 Wilshire Blvd., Ste #990<br>Los Angeles, CA 90010 | |

**Description of Document(s)** *(required for all documents)*:

> **APPELLEES' STATEMENT OF ELECTION PURSUANT TO 28 U.S.C. § 158(c) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 8001(e) TO HAVE APPEAL HEARD BY UNITED STATES DISTRICT COURT"**

CC 2701092v1     *Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 15**                                                                                                      *Rev. 12/01/18*

**Signature**   /s/ Cheryl Caldwell        **Date**   July 9, 2020
*(use "s/[typed name]" to sign electronically-filed documents)*