

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: BARUCH C. COHEN      Attorney Bar# 159455

Law Firm: LAW OFFICE OF BARUCH C. COHEN, APLC

Mailing Address: 4929 WILSHIRE BOULEVARD, SUITE 940
LOS ANGELES, CA 90010

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement***): BARUCH C. COHEN

Telephone: (323) 937-4501      E-mail: baruchcohen@baruchcohenesq.com

Bankruptcy Case #: 2:20-13530      Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 8/11/2020   Time: 10 am

Debtor: Jadelle Jewelry And Diamonds LLC

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: B. Russell      Courtroom #: LA 1375

TRANSCRIBER: Ben Hyatt      ALTERNATE: Briggs Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**   NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)      ☐ 3 Days                ☒ Entire Hearing
☐ 14 Days                 ☒ Daily (24 hours)      ☐ Ruling/Opinion of Judge only
☐ 7 Days                                          ☐ Testimony of Witness _____
                                                  ☐ Other*            (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____   Date Sent to Transcriber: _____   By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)
(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____   Division: _____   Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*