SAM S. LESLIE, CPA
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
213/368-5000 – Telephone
213/368-5009 – Facsimile
Email: trustee@trusteeleslie.com

Chapter 7 Trustee

**FILED & ENTERED**

**AUG 14 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>Debtor. | Case No. 2:20-bk-13530-BR<br>[Chapter 7]<br><br>ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY LEA ACCOUNTANCY, LLP AS ACCOUNTANT<br><br>[No Hearing Required] |

The Court, having considered the Chapter 7 Trustee's Application to Employ Accountant, LEA Accountancy, LLP ("LEA"), the Declarations of Sam S. Leslie and Marinna Falco in Support Thereof (Docket No. 95), and it appearing that LEA does not hold or represent any interest adverse to the estate of Jadelle Jewelry and Diamonds, LLC in the matters on which it is to be employed, that it is a disinterested person as defined in Section 101(14), that its employment is in the best interest of this estate and that no hearing is required,

IT IS HEREBY ORDERED that the Chapter 7 Trustee is authorized to employ LEA Accountancy, LLP on the terms set forth in the Application, with

-1-

compensation to be approved after proper notice and hearing pursuant to 11 U.S.C. § 327(a) and subject to Court approval, pursuant to 11 U.S.C. § 330(a) effective June 18, 2020.

# # #

Date: August 14, 2020

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge