1 | NICOLA T. HANNA
United States Attorney
2 | BRANDON D. FOX
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | DAN G. BOYLE (Cal. Bar No. Pending)
Assistant United States Attorney
6 | Asset Forfeiture Section
    1400 United States Courthouse
7 |     312 North Spring Street
    Los Angeles, California 90012
8 |     Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
9 |     E-mail: Daniel.Boyle2@usdoj.gov



FILED
AUG 25 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

10 | Attorneys for Party in Interest
11 | UNITED STATES OF AMERICA

12 |                 UNITED STATES BANKRUPTCY COURT

13 |        CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

14 | In re:

15 | JADELLE JEWELRY AND DIAMONDS,
LLC,
16 |
17 |         Alleged Debtor.
18 |
19 |
20 |

No. 2:20-BK-13530-BR

Chapter 7

GOVERNMENT'S NOTICE OF *EX PARTE* APPLICATION FOR SEALING AND *IN CAMERA* REVIEW; DECLARATION OF DAN G. BOYLE

**[ATTACHMENT UNDER SEAL & IN CAMERA]**

22 |     The United States of America, by and through its counsel of
23 | record, the United States Attorney for the Central District of
24 | California and Assistant United States Attorney Dan G. Boyle, hereby
25 | files notice of its ex parte application for in camera review.
26 | //
27 |
28 |

This notice is based upon the attached Declaration of Dan G. Boyle.

Dated: August 25, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____/s/_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Party in Interest
UNITED STATES OF AMERICA

## DECLARATION OF DANIEL G. BOYLE

I, Daniel G. Boyle, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am an attorney representing the government in this case.

2. The government requests leave to file under seal and <u>in camera</u> the Declaration of Internal Revenue Service Special Agent Nolan Fuller, made in support of the government's accompanying motion for a limited stay of discovery in this case (the "Fuller Declaration"), filed on August 25, 2020.

3. For the Court's review, a copy of the Fuller Declaration to be filed under seal and in camera accompanies this application.

4. As described in the Fuller Declaration, that document contains and relies on sensitive law enforcement information, including grand jury information, which details the status and extent of a pending federal criminal investigation, and if disclosed publicly or to the parties in this a case, would imperil this ongoing investigation. At the same time, information in the Fuller Declaration may be necessary for the Court to rule on the government's motion for a limited stay of discovery in this action.

5. Because the Fuller Declaration is filed in support of the government's limited motion to stay, and because it contains sensitive law enforcement information, the government requests leave to file the Fuller Declaration <u>in camera</u> and under seal for the Court's review pending a determination on the accompanying motion. <u>See generally</u>, <u>Pollard v. F.B.I.</u>, 705 F.2d 1151, 1153 (9th Cir. 1983)

6. On August 24, 2020, I spoke by phone with Stacey Fortier, Courtroom Deputy to the Hon. Barry Russell, who indicated that the

1 instant application for in camera review should be manually filed in
2 accordance with the Court's continuation of operations procedures due
3 to the COVID-19 pandemic. See General Order 20-06.
4    7.    Should the court deny this Application, the government
5 requests that the Fuller Declaration not be filed, but be returned to
6 the government, without filing or reflection of the name or nature of
7 the Fuller Declaration on the clerk's public docket.
8    I declare under penalty of perjury under the laws of the United
9 States of America that the foregoing is true and correct and that
10 this declaration is executed at Los Angeles, California, on August
11 25, 2020.

12                    /s/ Dan G. Boyle
                         Dan G. Boyle