

**FILED & ENTERED**

**AUG 27 2020**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
**BY** vandenst **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JADELLE JEWELRY AND DIAMONDS LLC,<br><br><br><br><br><br>Debtor(s). | Case No.: 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL AND IN CAMERA**<br><br>[No Hearing Date Required] |

For good cause shown, **IT IS HEREBY ORDERED THAT**:

The government's ex parte application for sealed, in camera filing is **GRANTED**. The documents sought to be filed under seal and in camera shall be filed under seal and in camera.

**IT IS SO ORDERED**.

Date: August 27, 2020

_____
Barry Russell
United States Bankruptcy Judge

-1-