DAVID SEROR – Bar No. 67488
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:    dseror@bg.law
          jbagdanov@bg.law
          jwellington@bg.law

Special Litigation Counsel for
Sam S. Leslie, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>Debtor. | Case No. 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**NOTICE OF ERRATA RE: NOTICE OF MOTION AND MOTION FOR ORAL EXAMINATION AND PRODUCTION OF DOCUMENTS AND THINGS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE BY SIGNATURE BANK**<br><br>Proposed Document Production Date:<br><br>Date: October 30, 2020<br>Time: 12:00 p.m. (PDT)<br>Place: Brutzkus Gubner<br>       21650 Oxnard Street, Suite 500<br>       Woodland Hills, California 91367<br><br>Proposed Oral Examination Date:<br>Date: TBD in accordance with FRCP 45<br>Time: TBD in accordance with FRCP 45<br>Place: TBD in accordance with FRCP 45<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rules 2004-1; 9013-1(o)] |

1

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the *Notice of Motion and Motion for Oral Examination and Production of Documents and Things Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure By Signature Bank* [Doc. 171] (the "Motion"), filed on behalf Sam S. Leslie, the duly appointed and acting chapter 7 trustee (the "Trustee") for the bankruptcy estate of Jadelle Jewlery and Diamonds, LLC (the "Debtor"), contained a typographical error.

Specifically, in the Motion and Exhibit A attached to the Motion, Rachel Rechnitz was incorrectly spelled Rachael Rechnitz. The correct spelling is Rachel Rechnitz.

DATED:  October 7, 2020                    BRUTZKUS GUBNER


By: /s/ Jessica S. Wellington
    David Seror
    Jessica L. Bagdanov
    Jessica S. Wellington
Special Litigation Counsel for
Sam S. Leslie, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing documents entitled: **NOTICE OF ERRATA RE: NOTICE OF MOTION AND MOTION FOR ORAL EXAMINATION AND PRODUCTION OF DOCUMENTS AND THINGS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE BY SIGNATURE BANK** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**\*\*NO JUDGES COPY TO BE PROVIDED PER GENERAL ORDER 20-02**

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 7, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L Bagdanov**     jbagdanov@bg.law, ecf@bg.law
- **Baruch C Cohen**     bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Carolyn A Dye**     trustee@cadye.com
- **Sam S Leslie (TR)**     sleslie@trusteeleslie.com, SLESLIE@ECF.AXOSFS.COM;trustee@trusteeleslie.com
- **Daniel A Lev**     dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Robert S Marticello**     Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **Ronald N Richards**     ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- **Neal Salisian**     ECF@salisianlee.com
- **Michael Simon**     msimon@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **Jeffrey L Sumpter**     jsumpter@epiqtrustee.com, jsumpter@cbiz.com
- **Derrick Talerico**     dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **David B Zolkin**     dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **October 7, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_____, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 7, 2020 | JENNIFER WARNER | /s/ Jennifer Warner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2016                                                                                                      **F 7004-1.SUMMONS.ADV.PROC**

**2. SERVED BY UNITED STATES MAIL**:

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

| Signature Bank<br>Attn: Joseph J. DePaolo, President & CEO<br>565 Fifth Avenue<br>New York, NY 10017 | Signature Bank<br>Attn: Agent for Service of Process<br>565 Fifth Avenue<br>New York, NY 10017 |

___

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2016                                                                    **F 7004-1.SUMMONS.ADV.PROC**