UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 1 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: JADELLE JEWELRY AND DIAMONDS, LLC,

    Debtor,

_____

JADELLE JEWELRY AND DIAMONDS, LLC; et al.,

    Appellants,

  v.

VICTOR FRANCO NOVAL; et al.,

    Appellees.

No.  20-55967

D.C. Nos.  2:20-cv-06183-DOC
           2:20-cv-06232-DOC
           2:20-cv-06231-DOC
Central District of California,
Los Angeles

ORDER

On October 20, 2020 the court ordered appellant Jadelle Jewelry and Diamonds, LLC, within 28 days, to cause new counsel to file a notice of appearance with the court. The order warned that failure to comply would result in the dismissal of the appeal as to appellant. To date, appellant has not complied with the court's order. The appeal is dismissed for failure to prosecute as to appellant Jadelle Jewelry and Diamonds, LLC only. *See* 9th Cir. R. 42-1.

The Clerk will serve a copy of this order on appellant Jadelle Jewelry and Diamonds, LLC's managing member Rachel Rechnitz at 9533 Sawyer Street, Los Angeles, CA 90035.

11-09-2020/Pro Mo

This order served on the district court shall, within 21 days after the date of this order, become the mandate of this court as to appellant Jadelle Jewelry and Diamonds, LLC only.

The appeal will proceed as to the remaining parties.

The opening brief is now due January 4, 2021. The answering brief is due February 3, 2021. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7