| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Carolyn A. Dye  (SBN 97527)<br>15030 Ventura Blvd.<br>Suite 527<br>Sherman Oaks, CA 91403<br>Telephone: 818/287-7003<br>Email Address: cdye@cadye.com<br><br>Attorney for Sam S. Leslie,<br>Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** ||
| In re:<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br><br>Debtor. | CHAPTER: 7<br>CASE NUMBER: 2:20-bk-13530-BR<br><br>NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:  TRUSTEE'S MOTION FOR AN ORDER APPROVING DISMISSAL OF CHAPTER 7 CASE AND FOR PAYMENT IN COMPROMISE AND SETTLEMENT OF ADMINISTRATIVE FEES |

PLEASE TAKE NOTICE that an order entitled Order Granting Trustee's Motion for an Order Approving Dismissal of Chapter 7 Case and for Payment in Compromise and Settlement of Administrative Fees was lodged on June 22, 2021 and is attached. This Order relates to the Trustee's Motion for an Order Approving Dismissal of Chapter 7 Case and for Payment in Compromise and Settlement of Administrative Fees which is Docket Number 202.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 9021-1.2.BK.NOTICE.LODGMENT

CAROLYN A. DYE (SBN97527)
LAW OFFICE OF CAROLYN A. DYE
15030 Ventura Blvd.
Suite 527
Sherman Oaks, CA 91403
818/287-7003 – Telephone
323/987-5763 – Facsimile
Email: trustee@cadye.com

Attorney for Sam S. Leslie, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>　　　　　　　　　Debtor. | Case No. 2:20-bk-13530-BR<br>[Chapter 7]<br><br>ORDER GRANTING TRUSTEE'S MOTION FOR AN ORDER APPROVING DISMISSAL OF CHAPTER 7 CASE AND FOR PAYMENT IN COMPROMISE AND SETTLEMENT OF ADMINISTRATIVE FEES<br><br>Date:　June 15, 2021<br>Time:　10:00 a.m.<br>Place:　Courtroom 1668<br>　　　　255 East Temple Street<br>　　　　Los Angeles, CA 90012 |

The Trustee's Motion for an Order Approving Dismissal of Chapter 7 Case and for Payment in Compromise and Settlement of Administrative Fees (Docket No. 202) came on for hearing on the date and at the time referenced above. Appearances are as noted in the record of the proceedings. Having considered the Motion, the pleadings filed in Opposition thereto and the

/ / /

-1-

Reply of the Trustee, argument of counsel, notice being proper, good cause having been shown, and for all the reasons stated on the record,

IT IS HEREBY ORDERED:

1. the Motion is Granted; and

2. The Trustee is authorized to enter into the Settlement Agreement in the form as attached to the Motion.

### # # #

# 1. PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 15030 Ventura Blvd., Suite 527, Sherman Oaks, CA 91403.

A true and correct copy of the foregoing document entitled Notice of Lodgment of Order in Bankruptcy Case re: Trustee's Motion for an Order Approving Dismissal of Chapter 7 Case and for Payment in Compromise and Settlement of Administrative Fees will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 22, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    | | |
    |---|---|
    | Baruch C. Cohen | bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com |
    | Sam S. Leslie (TR) | sleslie@trusteeleslie.com, sleslie@iq7technology.com;trustee@trusteeleslie.com |
    | Daniel A. Lev | dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
    | Robert S. Marticello | Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com |
    | Ronald N. Richards | ron@ronaldrichards.com, morani@ronaldrichards.com, justin@ronaldrichards.com |
    | Neal Salisian | ECF@salisianlee.com |
    | Michael Simon | msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
    | United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

    ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:** On June 22, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    United States Bankruptcy Court
    The Honorable Barry Russell
    United States Bankruptcy Judge
    255 East Temple Street
    Suite 1660
    Los Angeles, CA 90012

    Jadelle Jewelry and Diamonds, LLC
    9454 Wilshire Blvd.
    Penthouse 01
    Beverly Hills, CA 90212-2931

    ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY - N/A.** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

    ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 22, 2021

_[signature]_
Shawn Sterrett

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    **F 9013-3.1. PROOF OF SERVICE**