# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Jadelle Jewelry And Diamonds LLC a Delaware limited liability company dba Jadelle Inc

**BANKRUPTCY NO.** 2:20−bk−13530−BR

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax−Identification (EIN) No(s).(if any):** 00−0000000
**Debtor Dismissal Date:** N/A

**Address:**
9454 Wilshire Blvd
Penthouse 01
Beverly Hills, CA 90212

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: June 30, 2021

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**216 / SF**