SAM S. LESLIE, CPA
1130 S. Flower Street
Suite 312
Los Angeles, CA 90015
Telephone: 323/987-5780
Facsimile: 323/987-5763
Email: trustee@trusteeleslie.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>                Debtor. | Case No. 2:20-bk-13530-BR<br>     [Chapter 7]<br><br>WAIVER OF 45-DAY NOTICE BY PROFESSIONALS<br><br>Date: September 14, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>       255 E. Temple Street<br>       Los Angeles CA 90012 |

    COMES NOW the Chapter 7 Trustee herein, Sam S. Leslie, and his accountant LEA Accountancy, LLP; advisors and consultants CBIZ Valuation Group, LLC; general bankruptcy counsel the Law Office of Carolyn A. Dye; and special litigation counsel Brutzkus Gubner Rozansky Seror Weber, LLP, in connection with Final Fee Applications to be heard by this Court at a hearing on September 14, 2021, at 10:00 a.m. in Courtroom 1668, 255 East Temple Street, Los Angeles, California 90012, hereby waive the right to

///

///

```
receive 45 days notice thereof pursuant to Local Bankruptcy Rule
2016-1(a)(2).
```

Respectfully submitted,

Dated: August 16, 2021    /s/ Sam S. Leslie
Sam S. Leslie, Chapter 7 Trustee

LEA ACCOUNTANCY, LLP

Dated: August ___, 2021    By: _____
Marianna Falco, CPA

CBIZ VALUATION GROUP, LLC

Dated: August ___, 2021    By: _____
Jeffrey L. Sumpter, Esq.

LAW OFFICE OF CAROLYN A. DYE

Dated: August ___, 2021    By: _____
Carolyn A. Dye, Esq.

BRUTZKUS GUBNER ROZANSKY SEROR WEBER, LLP

Dated: August 16, 2021    By: /s/ David Seror
David Seror, Esq.

-2-

1  receive 45 days notice thereof pursuant to Local Bankruptcy Rule
2  2016-1(a)(2).

4                                      Respectfully submitted,

6  Dated: August __, 2021
                                       _____
7                                      Sam S. Leslie, Chapter 7 Trustee

8                                      LEA ACCOUNTANCY, LLP

10 Dated: August 05, 2021               By: _____
                                            Marianne Falco, CPA

12                                     CBIZ VALUATION GROUP, LLC

14 Dated: August __, 2021               By: _____
                                            ~~Jeffrey L. Sumpter, Esq.~~
15                                          GREGORY D WATTS, Senior Managing Director

16                                     LAW OFFICE OF CAROLYN A. DYE

18 Dated: August __, 2021               By: _____
                                            Carolyn A. Dye, Esq.

20                                     BRUTZKUS GUBNER ROZANSKY SEROR
                                       WEBER, LLP

22
   Dated: August __, 2021               By: _____
23                                          David Seror, Esq.

-2-

```
 1 | receive 45 days notice thereof pursuant to Local Bankruptcy Rule
 2 | 2016-1(a)(2).
```

Respectfully submitted,

Dated: August __, 2021

———————————————————
Sam S. Leslie, Chapter 7 Trustee

LEA ACCOUNTANCY, LLP

Dated: August __, 2021      By: ———————————————————
                                 Marianna Falco, CPA

CBIZ VALUATION GROUP, LLC

Dated: August __, 2021      By: ———————————————————
                                 Jeffrey L. Sumpter, Esq.

LAW OFFICE OF CAROLYN A. DYE

Dated: August 5, 2021       By: /s/ Carolyn A. Dye
                                 ———————————————————
                                 Carolyn A. Dye, Esq.

BRUTZKUS GUBNER ROZANSKY SEROR WEBER, LLP

Dated: August __, 2021      By: ———————————————————
                                 David Seror, Esq.

-2-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1130 S. Flower Street, Suite 312, Los Angeles, California 90015.

A true and correct copy of the foregoing document entitled Waiver of 45 - Day Notice by Professionals will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 16, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   | Name | Email |
   |---|---|
   | Jessica L Bagdanov | jbagdanov@bg.law, ecf@bg.law |
   | Baruch C Cohen | bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com |
   | Carolyn A Dye | trustee@cadye.com |
   | Bernard J Kornberg | bjk@severson.com, elw@severson.com |
   | Sam S Leslie (TR) | sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com |
   | Daniel A Lev | dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
   | Benjamin Nachimson | ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com |
   | Ronald N Richards | ron@ronaldrichards.com, morani@ronaldrichards.com |
   | Neal Salisian | ECF@salisianlee.com |
   | Jeffrey L Sumpter | jsumpter1@cox.net |
   | Derrick Talerico | dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com |
   | United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
   | Jessica Wellington | jwellington@bg.law, ecf@bg.law |
   | David B Zolkin | dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com |

2. **SERVED BY UNITED STATES MAIL:** On August 16, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   United States Bankruptcy Court
   The Honorable Barry Russell
   United States Bankruptcy Judge
   255 East Temple Street
   Suite 1660
   Los Angeles, CA 90012

   CBIZ Valuation Group, LLC
   Attn: Gregory Watts
   4722 N 24th Street, Suite 300
   Phoenix, AZ 85016

   ☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2021, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 16, 2021

/s/ Shawn Sterrett

Shawn Sterrett

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1. PROOF OF SERVICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:20-bk-13530-BR<br>Central District of California<br>Los Angeles<br>Mon Aug 16 14:26:18 PDT 2021 | CBIZ Valuation Group LLC<br>Attention: Jeffrey Sumpter<br>4722 N. 24th St., Ste. 300<br>Phoenix, AZ 85016-4854 | CBIZ Valuation Group, LLC<br>4722 N 24th St Ste 300<br>Phoenix, AZ 85016-4854 |
| First International Diamond Inc<br>PO Box 3765<br>Beverly Hills, CA 90212-0765 | Jadelle Jewelry And Diamonds LLC a Delaware<br>9454 Wilshire Blvd<br>Penthouse 01<br>Beverly Hills, CA 90212-2931 | LEA Accountancy, LLP<br>3435 Wilshire Boulevard<br>Suite 990<br>Los Angeles, CA 90010-1998 |
| Peter Marco LLC<br>252 N Rodeo Dr<br>Beverly Hills, CA 90210-5104 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | First International Diamond Inc<br>c/o Baruch C. Cohen<br>4929 Wilshire Blvd Suite 940<br>Los Angeles, CA 90010-3889 |
| Peter Marco LLC<br>c/o Baruch C. Cohen<br>4929 Wilshire Blvd Suite 940<br>Los Angeles, CA 90010-3889 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Victor Franco Noval<br>1141 Summit Drive<br>Beverly Hills, CA 90210-2252 |
| Victor Franco Noval<br>c/o Ronald Richards Esq<br>PO Box 11480<br>Beverly Hills CA 90213-4480 | Daniel A. Lev<br>SulmeyerKupetz<br>333 South Grand Ave., Ste 3400<br>Los Angeles, CA 90071-1538 | Israel Sam Gorodistian<br>c/o Salisian  Lee LLP<br>550 South Hope Street, Suite 750<br>Los Angeles, CA 90071-2686 |
| Jona Rechnitz<br>9533 Sawyer St<br>Los Angeles, CA 90035-4105 | Rachel Rechnitz<br>9533 Sawyer St<br>Los Angeles, CA 90035-4105 | (p)SAM LESLIE<br>1130 S FLOWER STREET SUITE 312<br>LOS ANGELES CA 90015-2143 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sam S Leslie (TR)
1130 South Flower Street, Suite 312
Los Angeles, CA 90015

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BRUTZKUS GUBNER LLP | (u)Courtesy NEF | (u)LEA ACCOUNTANCY |

| | | |
|---|---|---|
| (u)United States Of America | (u)WELLS FARGO BANK N.A | (d)First International Diamond Inc<br>PO Box 3765<br>Beverly Hills, CA 90212-0765 |
| (d)Peter Marco LLC<br>252 N Rodeo Dr<br>Beverly Hills, CA 90210-5104 | (u)Carolyn Dye<br>None | (d)Victor Franco Noval<br>1141 Summit Drive<br>Beverly Hills, CA 90210-2252 |

End of Label Matrix
Mailable recipients    17
Bypassed recipients     9
Total                  26