SAM S. LESLIE, CPA
1130 S. Flower Street
Suite 312
Los Angeles, CA 90015
Telephone: 323/987-5780
Facsimile: 323/987-5763
Email: trustee@trusteeleslie.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>　　　　　　　　　　Debtor. | Case No. 2:20-bk-13530-BR<br>　　[Chapter 7]<br><br>DECLARATION OF SAM S. LESLIE [Client Statement] IN SUPPORT OF THE FIRST AND FINAL FEE APPLICATION FOR THE LAW OFFICE OF CAROLYN A. DYE<br><br>Date:　September 14, 2021<br>Time:　10:00 a.m<br>Place: Courtroom 1668<br>　　　　255 East Temple Street<br>　　　　Los Angeles, CA 90012 |

I, Sam S. Leslie, declare:

1.　I am a certified public accountant licensed under the laws of the State of California. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2.　I am the duly appointed and acting Chapter 7 Trustee in the above-captioned case.

3.　I have reviewed the First and Final Application for Compensation of the Law Office of Carolyn A. Dye, my attorney in

this matter, and have discussed it with Ms. Dye. I am satisfied with the services rendered and no changes were made to the bill.

4. I have no objection to the fees or costs requested in the Application.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 30th day of August, 2021, at Los Angeles, California.

_____
Sam S. Leslie

Case 2:20-bk-13530-BR    Doc 238    Filed 08/31/21    Entered 08/31/21 12:38:14    Desc
Main Document    Page 3 of 3

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1130 S. Flower Street, Suite 312, Los Angeles, California 90015.

A true and correct copy of the foregoing document entitled Declaration re Support of the First and Final Fee Application for the Law Office of Carolyn A. Dye (Client Statement) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 31, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    | | |
    |---|---|
    | Jessica L Bagdanov | jbagdanov@bg.law, ecf@bg.law |
    | Baruch C Cohen | bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com |
    | Carolyn A Dye | trustee@cadye.com |
    | Bernard J Kornberg | bjk@severson.com, elw@severson.com |
    | Sam S Leslie (TR) | sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com |
    | Daniel A Lev | dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
    | Benjamin Nachimson | ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com |
    | Ronald N Richards | ron@ronaldrichards.com, morani@ronaldrichards.com |
    | Neal Salisian | ECF@salisianlee.com |
    | Jeffrey L Sumpter | jsumpter1@cox.net |
    | Derrick Talerico | dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com |
    | United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
    | Jessica Wellington | jwellington@bg.law, ecf@bg.law |
    | David B Zolkin | dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com |

2.  **SERVED BY UNITED STATES MAIL:** On August 31, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    United States Bankruptcy Court
    The Honorable Barry Russell
    United States Bankruptcy Judge
    255 East Temple Street
    Suite 1660
    Los Angeles, CA 90012

3.  **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2021, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 31, 2021

Shawn Sterrett

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      F 9013-3.1. PROOF OF SERVICE